# EXHIBIT 2



MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
1600 Eye Street Northwest
Washington, D.C. 20006
(202) 293-1966
Fax: (202) 452-9823

DAN GLICKMAN
CHAIRMAN
AND
CHIEF EXECUTIVE OFFICER

October 5, 2006

J. Joseph Curran, Jr.
Attorney General
State of Maryland
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202-2021

Dear General Curran:

On behalf of the Chief Executive Officers of my member companies, I am writing to you in response to your letter of September 5, as well as the letter you signed along with 39 other State Attorneys General.

As you and your colleagues know, based on previous correspondence and conversations, MPAA has assumed the lead role on behalf of the member companies to determine how we can best address the issue of tobacco in motion pictures and its potential impact on youth and smoking.

To that end, we are collaborating with the renowned Harvard School of Public Health, whose experts are joining us in pursuit of this goal. Harvard has worked with our member companies in the past on this issue and their experts are now formulating recommendations for consideration.

We also propose working with you to actively support efforts to ensure Master Settlement Agreement-funded statewide smoking prevention and cessation campaigns are resurrected and continued. For example, we are aware of the campaign in Maine that resulted in a significant reduction in youth smoking.

My objective is to gain consensus among the member companies of MPAA on Harvard's pending recommendations, and then begin

implementation. When we have consensus, I will then inform you of our plan and timetable. I am ready to discuss this further with you and your colleagues at any time. Also, please don't hesitate to call Vans Stevenson, with whom you have been working for several years.

Sincerely,

[signature]

Copies:  State Attorneys General
Member Company CEOs
Bob Pisano, MPAA President & COO
John Feehery, MPAA Executive Vice President, External Affairs & Chief Communication Officer
Vans Stevenson, MPAA Senior Vice President, State Government Affairs