1  GLENN D. POMERANTZ (SBN 112503)
   glenn.pomerantz@mto.com
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
3  Los Angeles, California 90071-1560
   Telephone:    (213) 683-9100
4  Facsimile:    (213) 687-3702

5  KELLY M. KLAUS (SBN 161091)
   kelly.klaus@mto.com
6  ACHYUT J. PHADKE (SBN 261567)
   achyut.phadke@mto.com
7  ADAM I. KAPLAN (SBN 268182)
   adam.kaplan@mto.com
8  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
9  San Francisco, California 94105-2907
   Telephone:    (415) 512-4000
10 Facsimile:    (415) 512-4077

11 *Attorneys for Defendants Motion Picture
   Association of America, Inc., The Walt Disney*
12 *Company, Paramount Pictures Corporation,
   Sony Pictures Entertainment Inc., Twentieth*
13 *Century Fox Film Corporation, Universal City
   Studios LLC, and Warner Bros. Entertainment*
14 *Inc.*

   KENNETH LEE MARSHALL (SBN 277092)
   klmarshall@bryancave.com
   BRYAN CAVE LLP
   560 Mission Street, Suite 2500
   San Francisco, California 94105
   Tel: (415) 675-3400 /Fax: (415) 675-3434

   *Attorneys for Defendant National Association
   of Theatre Owners*


   DAVID SCHACHMAN (*Pro Hac Vice*)
   ds@schachmanlaw.com
   LAW OFFICES OF DAVID SCHACHMAN,
   P.C.
   55 West Monroe Street, Suite 2970
   Chicago, Illinois 60603
   Tel: (312) 427-9500/Fax: (312) 268-2425

   *Attorneys for Plaintiff Timothy Forsyth*

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17  TIMOTHY FORSYTH, individually and on behalf of a class of similarly situated individuals,<br><br>18<br><br>          Plaintiff,<br>19<br>      vs.<br>20<br>MOTION PICTURE ASSOCIATION OF<br>21  AMERICA, INC., a New York corporation, THE WALT DISNEY COMPANY, a Delaware<br>22  corporation, PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br>23  SONY PICTURES ENTERTAINMENT INC., a Delaware corporation, TWENTIETH<br>24  CENTURY FOX FILM CORPORATION, a Delaware corporation, UNIVERSAL CITY<br>25  STUDIOS LLC, a Delaware corporation, WARNER BROS. ENTERTAINMENT INC., a<br>26  Delaware corporation, and NATIONAL ASSOCIATION OF THEATRE OWNERS, a<br>27  New York corporation,<br><br>28           Defendants. | Case No. 3:16-cv-00935-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' ANTI-SLAPP MOTION AND MOTION TO DISMISS**<br><br>Judge:  Hon. Richard Seeborg |

1 | Pursuant to Civil Local Rule 7-12, Plaintiff Timothy Forsyth, and Defendants Motion
2 | Picture Association of America, Inc., The Walt Disney Company, Paramount Pictures
3 | Corporation, Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation,
4 | Universal City Studios LLC, Warner Bros. Entertainment Inc., and National Association of
5 | Theatre Owners ("NATO") (collectively, "Defendants") have met, conferred, and agreed to
6 | stipulate as follows.
7 | In response to the Complaint, Defendants intend jointly to file (1) a special motion to strike
8 | under California's anti-SLAPP statute, California Code of Civil Procedure § 425.16, *et seq.*,
9 | ("Anti-SLAPP Motion") and (2) a motion to dismiss under Federal Rule of Civil Procedure
10 | 12(b)(6) ("Motion to Dismiss"). Defendants anticipate that their memoranda of points and
11 | authorities in support of the Anti-SLAPP Motion and their Motion to Dismiss will overlap on the
12 | vast majority of points. Defendants intend to file a consolidated memoranda to the extent
13 | possible, with NATO to file a supplemental memoranda on a few discrete points. Accordingly, in
14 | order to minimize duplication of efforts and multiple, overlapping memoranda at each of the
15 | motion, opposition, and reply stages, the Parties have agreed, subject to the Court's approval, to
16 | file consolidated briefs on both motions to the extent possible and to expand the otherwise
17 | applicable page limits for the total briefing as follows:
18 |     1. On or before April 29, 2016, Defendants shall file briefs in support of their
19 | simultaneously filed Anti-SLAPP Motion and Motion to Dismiss that, combined, shall not exceed
20 | 40 pages.
21 |     2. Plaintiff shall file a single brief in opposition to said Motions that shall not exceed
22 | 40 pages.
23 |     3. Defendants shall file reply briefs in support of said Motions that, combined, shall
24 | not exceed 20 pages.
25 |     4. After Defendants have filed their opening briefs on April 29, 2016, the Parties will
26 | meet and confer to discuss a briefing schedule for Plaintiff's opposition and Defendants' reply
27 | and, if necessary, an increase in Plaintiff's and Defendants' page limits. The Parties expect to
28 |

1  submit a separate Stipulation and [Proposed] Order regarding a briefing and hearing schedule
2  following those meet-and-confer discussions.

3

4  DATED: April 28, 2016                LAW OFFICES OF DAVID SCHACHMAN, P.C.

5

6                                       By:    */s/ David Schachman*
                                               DAVID SCHACHMAN

7
                                         Attorneys for Plaintiff Timothy Forsyth
8

9  DATED: April 28, 2016                MUNGER, TOLLES & OLSON LLP

10

11                                      By:    */s/ Kelly M. Klaus*
                                               KELLY M. KLAUS
12

13                                       Attorneys for Defendants Motion Picture Association of
                                         America, Inc., The Walt Disney Company, Paramount
14                                       Pictures Corporation, Sony Pictures Entertainment Inc.,
                                         Twentieth Century Fox Film Corporation, Universal
15                                       City Studios LLC, and Warner Bros. Entertainment Inc.

16
    DATED: April 28, 2016                BRYAN CAVE LLP
17

18
                                        By:    */s/ Kenneth Lee Marshall*
19                                             KENNETH LEE MARSHALL

20                                       Attorneys for Defendant National Association of
                                         Theatre Owners
21

22

23                                      *   *   *

24      In accordance with Civil Local Rule 5-1(i), the filer attests that each of the above

25  signatories have concurred in the filing of this document.

26

27  DATED: April 28, 2016                By:    */s/ Kelly M. Klaus*
                                                KELLY M. KLAUS
28

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED. |
| 4 |   |
| 5 | DATED: _____ |

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE