GLENN D. POMERANTZ (SBN 112503)
glenn.pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
ACHYUT J. PHADKE (SBN 261567)
achyut.phadke@mto.com
ADAM I. KAPLAN (SBN 268182)
adam.kaplan@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

*Attorneys for Defendants Motion Picture Association of America, Inc., The Walt Disney Company, Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLC, and Warner Bros. Entertainment Inc.*

K. LEE MARSHALL (SBN 277092)
klmarshall@bryancave.com
ROGER MYERS (SBN 146164)
roger.myers@bryancave.com
ALEXANDRA WHITWORTH (SBN 303046)
alex.whitworth@bryancave.com
BRYAN CAVE LLP
560 Mission Street, Suite 2500
San Francisco, California 94105
Tel: (415) 675-3400 /Fax: (415) 675-3434

*Attorneys for Defendant National Association of Theatre Owners*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY FORSYTH, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>    vs.<br><br>MOTION PICTURE ASSOCIATION OF AMERICA, INC., et al.,<br><br>        Defendants. | Case No. 3:16-cv-00935-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTIONS AND [1] SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE, CAL. CIV. PROC. CODE § 425.16 *ET SEQ.*, OR, IN THE ALTERNATIVE, [2] MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date: June 9, 2016<br>Time: 1:30 pm<br>Place: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

1     After considering all of the arguments and briefing presented by the parties in connection
2 with Defendants' Motion (1) to Strike the Complaint in its Entirety Pursuant to California's Anti-
3 SLAPP Statute, Cal. Civ. Proc. Code § 425.16, or (2) to Dismiss the Complaint Pursuant to Fed.
4 R. Civ. Proc. 12(b)(6), the Court hereby **GRANTS** the Motion as follows.

5     [ALTERNATIVE 1:

6     Defendants' motion to strike the Complaint in its entirety pursuant to California's anti-
7 SLAPP statute is GRANTED.  The Complaint is dismissed with prejudice.]

8     [ALTERNATIVE 2:

9     Defendants' motion to dismiss the complaint pursuant to Fed. R. Civ. Proc. 12(b)(6) is
10 GRANTED.  The Complaint is dismissed with prejudice.]

11     **IT IS SO ORDERED.**

13 DATED: _____

                                                      The Honorable Richard Seeborg
                                                      United States District Judge