# Exhibit 1



| Reviews | Top Picks | Family Guides | Parent Concerns | Videos | Blogs | For Educators | Kids Action | Latino | About Us |



🎬 The Hobbit: An Unexpected Journey

✓ age 11+   ★★★☆☆   ⓘ

Tolkien tale isn't as great as LOTR, but better for tweens.

Review Date: December 11, 2012   |   Rated: PG-13   |   Genre: Fantasy   |   Release Year: 2012   |   Running Time: 166 minutes

Share this Review





Watch ⓘ

Save    Write a review

See all 200 user reviews


Movie Review


Official Trailer





## WHAT PARENTS NEED TO KNOW

| | | |
|---|---|---|
| 💬 | Positive messages | ●●●●○ |
| 👥 | Positive role models | ●●●○○ |
| 💣 | Violence | ●●●○○ |

Parents need to know that *The Hobbit: An Unexpected Journey,* director Peter Jackson's adaptation of J.R.R. Tolkien's stand-alone quest through Middle-earth, is less violent than the scarier *Lord of the Rings* trilogy. But there are definitely some frightening sequences, like the battle between the dragon and the dwarves of Erebor, during which one character is

## WHAT PARENTS NEED TO KNOW

| | | |
|---|---|---|
| 💬 | Positive messages | ●●●●○ |
| 👥 | Positive role models | ●●●○○ |
| 💣 | Violence | ●●●○○ |
| 💋 | Sex | ○○○○○ |
| #! | Language | ○○○○○ |
| $ | Consumerism | ●●○○○ |
| 🍷 | Drinking, drugs, & smoking | ●●○○○ |

Parents need to know that *The Hobbit: An Unexpected Journey,* director Peter Jackson's adaptation of J.R.R. Tolkien's stand-alone quest through Middle-earth, is less violent than the scarier *Lord of the Rings* trilogy. But there are definitely some frightening sequences, like the battle between the dragon and the dwarves of Erebor, during which one character is decapitated, another has an arm amputated, and there's mass destruction. The group of Bilbo, Gandalf, and 13 dwarves is often tracked and pursued and nearly killed several times, but they manage to avoid death -- at least in this installment. Bilbo (like Frodo and his friends in the LOTR movies) again shows that size doesn't matter when it comes to making a difference.

⊕ See full details

| USER REVIEWS | PARENTS SAY | See 40 parent reviews | KIDS SAY | See 160 kid reviews |
|---|---|---|---|---|
| See all user reviews (200) | age 11+ ★★★★☆ | | age 10+ ★★★★☆ | |
| | Review this title! | | Review this title! | |

▸ WHAT'S THE STORY?

▾ IS IT ANY GOOD?

| USER REVIEWS | PARENTS SAY | See 40 parent reviews | KIDS SAY | See 160 kid reviews |
|---|---|---|---|---|
| See all user reviews (200) | age 11+  Review this title! | | age 10+  Review this title! | |

▸ **WHAT'S THE STORY?**

▼ **IS IT ANY GOOD?**

**QUALITY** ★★★☆☆

As a novel, *The Hobbit* skews younger than *The Lord of the Rings*, so it's only natural that the film is also more accessible for tweens -- just have them look the other way for a few of the darker battle sequences. The story is simple enough, and the visuals are dazzling (the 48 frames per second rate is neither as spectacular or headache-inducing as rumors would have you believe). The acting is admirable, including the return of our favorite wizard, Gandalf, Lady of Lorien Galadriel, and head elf Elrond ([Hugo Weaving](#)). Unfortunately, the dwarves all sort of blend together in a tangle of hair and mischief, with the notable exception of the broody Thorin and his swashbuckling nephews, Fili and Kili (Dean O'Gorman and Aidan Turner).

The main issue with Jackson's adaptation is that the run time is brutal, even for hardcore fans of Jackson's epic *LOTR* trilogy. Whereas that trilogy made sense as three separate movies -- considering it was the adaptation of simple enough, and the visuals are dazzling (the 48 frames per second rate is neither as spectacular or headache-inducing as rumors would have you believe). The acting is admirable, including the return of our favorite wizard, Gandalf, Lady of Lorien Galadriel, and head elf Elrond ([Hugo Weaving](#)). Unfortunately, the dwarves all sort of blend together in a tangle of hair and mischief, with the notable exception of the broody Thorin and his swashbuckling nephews, Fili and Kili (Dean O'Gorman and Aidan Turner).

The main issue with Jackson's adaptation is that the run time is brutal, even for hardcore fans of Jackson's epic *LOTR* trilogy. Whereas that trilogy made sense as three separate movies -- considering it was the adaptation of three books -- *The Hobbit* isn't a substantive enough work to demand three movies, even with Jackson pulling extra material from Tolkien's indices. The fabulous visuals and impressive action sequences reminiscent of the trilogy are bogged down by an overlong and overly thorough first quarter that could have used a considerable blend together in a tangle of hair and mischief, with the notable exception of the broody Thorin and his swashbuckling nephews, Fili and Kili (Dean O'Gorman and Aidan Turner).

The main issue with Jackson's adaptation is that the run time is brutal, even for hardcore fans of Jackson's epic *LOTR* trilogy. Whereas that trilogy made sense as three separate movies -- considering it was the adaptation of three books -- *The Hobbit* isn't a substantive enough work to demand three movies, even with Jackson pulling extra material from Tolkien's indices. The fabulous visuals and impressive action sequences reminiscent of the trilogy are bogged down by an overlong and overly thorough first quarter that could have used a considerable edit job. Still, despite the issues with length and pacing, there's no denying that overall this is a production worth seeing, especially with kids new to Tolkien's detailed universe, where even the smallest creature can make the biggest difference.

▸ **FAMILIES CAN TALK ABOUT…**

extra material from Tolkien's indices. The fabulous visuals and impressive action sequences reminiscent of the trilogy are bogged down by an overlong and overly thorough first quarter that could have used a considerable edit job. Still, despite the issues with length and pacing, there's no denying that overall this is a production worth seeing, especially with kids new to Tolkien's detailed universe, where even the smallest creature can make the biggest difference.

▸ **FAMILIES CAN TALK ABOUT…**

▸ **MOVIE DETAILS**

**SHARE THIS REVIEW**      

This review of *The Hobbit: An Unexpected Journey* was written by
Sandie Angulo Chen

Common Sense Media's unbiased ratings are conducted by expert reviewers and aren't influenced by the product's creators or by any of our funders, affiliates, or partners.

**GREAT HANDPICKED ALTERNATIVES**

 🎬 The Lord of the Rings: The Fellowship of the Ring

 🎬 The Lord of the Rings: The Two Towers

 🎬 The Lord of the Rings: The Return of the King


**The Fellowship of the King**
Fabulous, but also violent and scary.
✓ age 12+


**The Two Towers**
Outstanding adventure, but very violent battle scenes.
✓ age 12+


**The Return of the King**
Outstanding, but much violence and scariness.
✓ age 12+

### For kids who love fantasy

**Best Fantasy Movies**

**Fantasy Books for Kids**

**See all recommended movie lists**

### Browse more movies

**Movies starring Ian McKellen**

**Fantasy movies**

**Movies about Adventures**

**See all movies**

### Top advice and articles

**5 Tips to Make Family Movie Night a Success**

**TV and Movies That Celebrate Grit**

## WHAT PARENTS AND KIDS SAY

See all user reviews

| Share your thoughts with other parents and kids | Write a user review |

A safe community is important to us. Please observe our **guidelines**

### Movie recommendations for your kids right to your inbox

mail@example.com

ZIP code     **Sign Up**

☐ I'm not in the U.S.

### POLL

**Did our review help you make an informed decision about this product?**

**Yes**    **No**

---

**Parent of a 9 and 14 year old**
Written by gandalf.the.white
December 15, 2012

age 10+    ★★★★☆

**my girls loved it, but they're pretty hardcore**
The violence is the biggest wild card here. If you've seen the LoTR movies, it's on the same level as that. There is plenty of swordplay, limbs chopped off, blood, and war scenes. The violence is never for it's own sake, even in the hands of the bad guys. It's always in battle. There is … read more

**What other families should know**

Was this review useful?
Helped me decide (19)  |  Had useful details (13)  |  Read my mind (17)
Flag as inappropriate



**Teen, 15 years old**
Written by Wayward Girl
December 15, 2012

age 11+    ★★★★★

**The Hobbit: An Unexpected Journey is AMAZING!!! I CANNOT wait until Hobbit 2!!!**
Just saw this with my family yesterday! My parents haven't let me seen the original trilogy, but they know I am a huge fan of the books, and they decided it would be okay. I am so glad they gave in- It was so much fun! The movie was beautiful, with gorgeous landscapes, and it was pretty … read more

**What other families should know**

Was this review useful?
Helped me decide (12) | Had useful details (13) | Read my mind (13)
| Flag as inappropriate

**Teen, 13 years old**
Written by 1234fivemo
December 14, 2012

age 11+

**Wonderful Movie for a Wonderful Fandom**
For all the LOTR fans this is the perfect film. Only just coming back from the midnight premiere about ten minutes ago I can honestly say it was a wonderful film and great adaptation. The movie does end in a clifhanger awaiting a second film which was a little dissapointing bu other than ... read more

What other families should know

Was this review useful?
Helped me decide (11) | Had useful details (12) | Read my mind (15)
| Flag as inappropriate

See all user reviews



