# Exhibit 2



| NEWS... | | |
|---|---|---|
| Truth Initiative, 7 Apr 2016 | Hollywood still struggling to quit… | | |
| MarketWired, 6 Apr 2016 | Toronto event's stark message:… | | |
| NBC 4 Los Angeles, 4 Apr 2016 | Hollywood not honoring anti-smoking… | | |
| | | More news |

| NOW SHOWING | Top films in theaters the week of April 29, 2016 | | |
|---|---|---|---|
| **SMOKEFREE** | | RATING | COMPANY |
| Batman v Superman: Dawn… | | PG-13 | Time Warner |
| The Boss | | R | Comcast |
| The Jungle Book | | PG | Disney |
| My Big Fat Greek Wedding 2 | | PG-13 | Comcast |
| The Huntsman: Winter… | | PG-13 | Comcast |
| Zootopia | | PG | Disney |
| **SMOKING** | | | |
| Barbershop: The Next Cut | | PG-13 | Time Warner |
| Compadres | | R | Pantelion |
| Criminal | | R | Lionsgate |
| Eye in the Sky | | R | Bleecker Street |
| Source: Thumbs Up! Thumbs Down! | | Recent movie trends | Top 10 DVDs |

**SCREEN CAPTURES...**



More images

**OUR LATEST AD...**



More ads

**QUOTE UNQUOTE** | Who's saying what about smoking movies

Let's keep tobacco companies and the greedheads who take their money from bombarding kids with the message that smoking is what cool people do.

— Film critic David Edelstein (2010)

View source | Policy endorsers

**WHO'S ACCOUNTABLE?**

Walt Disney   COMCAST
SONY   21ST CENTURY FOX
Viacom   TimeWarner
Independents

**INSIDE STORY...**



More historic ads

**RESEARCH...**

UCSF CTCRE, 6 Apr 2016 | Smoking in top-grossing US movies,…
CDC, 6 Apr 2016 | Smoking in the movies: 2015
Ipsos, 1 Apr 2016 | Smokefree movies final omnibus report

Key reports | More research

**TAKE ACTION** | How to get smoking out of the movies that kids see most

 

Learn more | Other actions you can take

| NEWS REPORTS | TOBACCO'S HISTORY IN HOLLYWOOD | WHO'S ACCOUNTABLE | POLICY SOLUTIONS | TAKE ACTION | |
|---|---|---|---|---|---|
| RESEARCH | 1920s-1950s | Media Companies | R-rating smoking | Start at home | ABOUT US |
| US Surgeon General | 1970s-1990s | Producers | Anti-tobacco spots | State level | OUR LATEST ADS |
| CDC fact sheets | Inside story | Directors | Certify no pay-offs | National | SFM BLOG |
| WHO | Screen captures | Writers | No brand display | International | |
| Full bibliography | Now showing | Editors | End public subsidies | Resolutions & endorsements | |
| | | Actors | State attorneys general | Tools & resources | |
| | | Who smokes brands? | Harm & cost by state | | |
| | | | State Attorneys General & US film industry | | |

Follow @smokefreemovies