JEFFREY F. KELLER (SBN 148005)
jfkeller@kellergrover.com
CAREY G. BEEN (SBN 240996)
cbeen@kellergrover.com
SARAH R. HOLLOWAY (SBN 254134)
sholloway@kellergrover.com
**KELLER GROVER, LLP**
1965 Market Street
San Francisco, California 94103
Tel: (415) 543-1305 /Fax: (415) 543-7861

JOHN G. JACOBS (*PRO HAC VICE*)
jgjacobs@jacobskolton.com
BRYAN G. KOLTON (*PRO HAC VICE*)
bgkolton@jacobskolton.com
**JACOBS KOLTON, CHTD.**
55 West Monroe Street, Suite 2970
Chicago, Illinois 60603
Tel: (312) 427-4000 /Fax: (312) 268-2425

DAVID SCHACHMAN (*PRO HAC VICE*)
ds@schachmanlaw.com
**LAW OFFICES OF DAVID SCHACHMAN, P.C.**
55 West Monroe Street, Suite 2970
Chicago, Illinois 60603
Tel: (312) 427-9500 /Fax: (312) 268-2425

Attorneys for Plaintiff and the Putative Class

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

TIMOTHY FORSYTH, individually and on behalf of a class of similarly situated individuals,

Plaintiff,

vs.

MOTION PICTURE ASSOCIATION OF AMERICA, INC., et al.,

Defendants.

Case No. 3:16-cv-00935-RS

**DECLARATION OF DAVID SCHACHMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO [1] DEFENDANTS' SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE, CAL. CIV. PROC. CODE § 425.16 *ET SEQ.*, OR, IN THE ALTERNATIVE, [2] MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6); MEMORANDUM OF POINTS AND AUTHORITIES**

Date:
Time:
Place: Courtroom 3, 17th Floor
Judge: Hon. Richard Seeborg

I, David Schachman, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am an attorney at law duly admitted to practice law in the State of Illinois and admitted to practice law *pro hac vice* in this action before this Court. I am an attorney at the law firm Law Offices of David Schachman, PC, and one of the attorneys of record herein for Plaintiff Timothy Forsyth. I have personal knowledge of the facts set forth herein and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the printout of the MPAA's application for, and the United States Patent and Trademark Office approval of, the MPAA certification trademark "PG-13 Parents Are Strongly Cautioned Some Material May Be Inappropriate For Children Under 13" obtained from the publicly available internet website of the United States Patent and Trademark Office, at http://tsdr.uspto.gov/#caseNumber=1337408&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch and accessed on July 11, 2016.

3. Attached hereto as Exhibit 2 is a true and correct copy of a printout of a Notice of Opposition filed by the Motion Picture Association of America, Inc., (the "MPAA") on November 3, 2009 in the United States Patent and Trademark Office Before the Trademark Trial and Appeal Board in an action against Stephen Elgort relating to the MPAA's "PG" certification trademarks, obtained from the publicly available internet website of the United States Patent and Trademark Office, at http://tsdr.uspto.gov/caseviewer/pdf?caseId=1169742&docIndex=6&searchprefix=rn#docIndex=6 and accessed on July 11, 2016.

4. Attached hereto as Exhibit 3 is a true and correct copy of a printout of a Notice of Opposition filed by the MPAA on January 17, 2012 in the United States Patent and Trademark Office Before the Trademark Trial and Appeal Board in an action against PG-13 INC., relating to the MPAA's "PG-13" certification trademarks, obtained from the publicly available internet website of the United States Patent and Trademark Office, at

http://tsdr.uspto.gov/caseviewer/pdf?caseId=1337409&docIndex=10&searchprefix=rn#docIndex=10 and accessed on July 11, 2016.

5. Attached hereto as Exhibit 4 is a true and correct copy of a printout of a Notice of Opposition filed by the MPAA on February 19, 2016 in the United States Patent and Trademark Office Before the Trademark Trial and Appeal Board in an action against Matthew Joseph Sosnowski relating to the MPAA's "Rated R" certification trademarks, obtained from the publicly available internet website of the United States Patent and Trademark Office, at http://tsdr.uspto.gov/caseviewer/pdf?caseId=1170739&docIndex=5&searchprefix=rn#docIndex=5 and accessed on July 11, 2016.

6. Attached hereto as Exhibit 5 is a true and correct copy of the printout of the November 30, 2015 press release "Survey Shows 93% Of Parents Find Film Ratings Helpful In Making Movie Choices" issued by Joan Graves, SVP and Chairman of the Classification and Rating Administration of the MPAA obtained from the publicly available internet website of the MPAA, at http://www.mpaa.org/cara/#.V4OlzFfaj8s and accessed on July 11, 2016.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed in Chicago, Illinois this 15th day of July, 2016.

/s/ David Schachman

# CERTIFICATE OF SERVICE

I, David Schachman, an attorney in this matter, certify that on July 15, 2016, I served the foregoing ***Declaration of David Schachman In Support of Plaintiff's Opposition To Defendants' Special Motion To Strike*** by causing true and accurate copies of such paper to be filed and transmitted to the persons registered to receive such notice via the Court's CM/ECF electronic filing system.

/s/ David Schachman

Declaration of David Schachman In Support of Plaintiff's Opposition to Defendants' Special Motion to Strike 4 16-CV-00935-RS

# EXHIBIT 1

**Generated on:** This page was generated by TSDR on 2016-07-11 09:44:21 EDT

**Mark:** PG-13 PARENTS ARE STRONGLY CAUTIONED SOME MATERIAL MAY BE INAPPROPRIATE FOR CHILDREN UNDER 13

**US Serial Number:** 73503706

**Application Filing Date:** Oct. 15, 1984

**US Registration Number:** 1337408

**Registration Date:** May 21, 1985

**Register:** Principal

**Mark Type:** Certification Mark

**Status:** The registration has been renewed.

**Status Date:** Jun. 05, 2015

**Publication Date:** Mar. 12, 1985

## Mark Information

**Mark Literal Elements:** PG-13 PARENTS ARE STRONGLY CAUTIONED SOME MATERIAL MAY BE INAPPROPRIATE FOR CHILDREN UNDER 13

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Design Search Code(s):** 01.07.02 - Globes with meridians and parallels only
01.07.04 - Globes, flattened or squashed
26.11.02 - Rectangles (single line); Plain single line rectangles
26.11.11 - Rectangles divided twice into three sections
26.11.16 - Rectangles touching or intersecting

**Certification Statement:** THE CERTIFICATION MARK, AS USED BY PERSONS AUTHORIZED, CERTIFIES THAT THE MOTION PICTURE FILM, OF THE RATING BOARD, CONTAINS MATERIAL AS TO NUDITY, LANGUAGE, SENSUALITY, TREATMENT OF THEME, AND VIOLENCE SUCH THAT PARENTS SHOULD EXERCISE CAUTION BEFORE ALLOWING THEIR CHILDREN UNDER THIRTEEN YEARS OF AGE TO ATTEND.

## Related Properties Information

**Claimed Ownership of US Registrations:** 0959579, 1170739 and others

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES

**International Class(es):**

**U.S Class(es):** B - Primary Class

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 01, 1984

**Use in Commerce:** Aug. 01, 1984

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |

**Filed 66A:** No **Currently 66A:** No

**Filed No Basis:** No **Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** MOTION PICTURE ASSOCIATION OF AMERICA, INC.

**Owner Address:** 15301 Ventura Boulevard, Building E
Sherman Oaks, CALIFORNIA 91403
UNITED STATES

**Legal Entity Type:** NONPROFIT CORPORATION **State or Country Where Organized:** NEW YORK

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Andrew Baum **Docket Number:** 092969-3018

**Attorney Primary Email Address:** IPdocketing@foley.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Andrew Baum
Foley & Lardner LLP
3000 K Street, N.W., Suite 600
Washington Harbour
Washington, DISTRICT OF COLUMBIA 20007-5109
UNITED STATES

**Phone:** 212-338-3527 **Fax:** 202.672.5399

**Correspondent e-mail:** IPdocketing@foley.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 05, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 05, 2015 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 68335 |
| Jun. 05, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 68335 |
| Jun. 04, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 22, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jan. 22, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| May 29, 2008 | CASE FILE IN TICRS | |
| Mar. 10, 2005 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Mar. 10, 2005 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 04, 2005 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Jan. 04, 2005 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 14, 1991 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Oct. 10, 1990 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Oct. 10, 1990 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Sep. 17, 1986 | AMENDMENT UNDER SECTION 7 - ISSUED | |
| Sep. 17, 1986 | CERTIFICATE OF CORRECTION ISSUED | |
| Jun. 23, 1986 | SEC 7 REQUEST FILED | |
| May 21, 1985 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 12, 1985 | PUBLISHED FOR OPPOSITION | |
| Mar. 01, 1985 | NOTICE OF PUBLICATION | |
| Jan. 31, 1985 | NOTICE OF PUBLICATION | |
| Jan. 07, 1985 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 07, 1985 | ASSIGNED TO EXAMINER | |
| Jan. 04, 1985 | ASSIGNED TO EXAMINER | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** May 21, 2015

**Change in Registration:** Yes

**Amendment to a Registration/Renewal Certificate:** IN THE STATEMENT, COLUMN 1, AFTER LINE 4, ", NOW LOCATED AT 1133 AVENUE OF THE AMERICAS, NEW YORK, NY 10036" IS INSERTED, AND THE DRAWING IS AMENDED TO APPEAR AS FOLLOWS: PUBLISH NEW CUT

**Correction made to Registration:** IN THE STATEMENT, COLUMN 1, LINE 2, "(NEW YORK CORPORATION)" SHOULD BE DELETED AND "(NEW YORK NONPROFIT CORPORATION)" SHOULD BE INSERTED.

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE

**Date in Location:** Jun. 05, 2015

## Proceedings

**Summary**

**Number of Proceedings:** 1

### Type of Proceeding: Opposition

**Proceeding Number:** 91203379

**Filing Date:** Jan 17, 2012

**Status:** Terminated

**Status Date:** Jun 25, 2012

**Interlocutory Attorney:** YONG OH (RICHARD) KIM

**Defendant**

**Name:** PG-13 Inc.

**Correspondent Address:** LOUIS J KROECK IV
ANSTANDIG MCDYER YURCON PC
707 GRANT ST, 1300 GULF TWR
PITTSBURGH PA , 15219
UNITED STATES

**Correspondent e-mail:** lkroeck@ambylaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PG-13 | Abandoned - After Inter-Partes Decision | 85297285 | |

**Plaintiff(s)**

**Name:** Motion Picture Association of America, Inc.

**Correspondent Address:** ANDREW BAUM
FOLEY LARNDER LLP
90 PARK AVENUE
NEW YORK NY , 10016
UNITED STATES

**Correspondent e-mail:** ABaum@foley.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PG-13 | Renewed | 73503772 | 1337409 |
| PG-13 PARENTS ARE STRONGLY CAUTIONED SOME MATERIAL MAY BE INAPPROPRIATE FOR CHILDREN UNDER 13 | Renewed | 73503706 | 1337408 |

RATED PG-13

Renewed 73601053 1439619

Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 17, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 17, 2012 | Feb 26, 2012 |
| 3 | PENDING, INSTITUTED | Jan 17, 2012 | |
| 4 | CORRECTION TO BOARD`S ORDER | Jan 20, 2012 | |
| 5 | D'S APPEARANCE OF COUNSEL/POWER OF ATTORNEY | Feb 13, 2012 | |
| 6 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Feb 15, 2012 | |
| 7 | EXTENSION OF TIME GRANTED | Feb 15, 2012 | |
| 8 | ANSWER | Mar 27, 2012 | |
| 9 | WITHDRAWAL OF APPLICATION | Jun 14, 2012 | |
| 10 | BOARD'S DECISION: SUSTAINED | Jun 25, 2012 | |
| 11 | TERMINATED | Jun 25, 2012 | |

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Friday, June 5, 2015 11:00 PM
**To:** IPdocketing@foley.com
**Subject:** Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1337408: PG-13 PARENTS ARE STRONGLY CAUTIONED SOM etc. (Stylized/Design): Docket/Reference No. 092969-3018

---

**Serial Number:** 73503706
**Registration Number:** 1337408
**Registration Date:** May 21, 1985
**Mark:** PG-13 PARENTS ARE STRONGLY CAUTIONED SOM etc. (Stylized/Design)
**Owner:** MOTION PICTURE ASSOCIATION OF AMERICA, I, etc

Jun 5, 2015

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
B

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) and an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.*****

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=73503706. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

PTO Form 1963 (Rev 9/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| REGISTRATION NUMBER | 1337408 |
| REGISTRATION DATE | 05/21/1985 |
| SERIAL NUMBER | 73503706 |
| MARK SECTION | |
| MARK | PG-13 PARENTS ARE STRONGLY CAUTIONED SOM (stylized and/or with design) |
| ATTORNEY SECTION (current) | |
| NAME | Andrew Baum; Jeffrey A. Kobulnick |
| FIRM NAME | Foley & Lardner LLP |
| STREET | 90 Park Avenue |
| CITY | New York |
| STATE | New York |
| POSTAL CODE | 10016 |
| COUNTRY | United States |
| PHONE | 212-338-3527 |
| FAX | 212-687-2329 |
| EMAIL | ptomailnewyork@foley.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| ATTORNEY SECTION (proposed) | |
| NAME | Andrew Baum |
| FIRM NAME | Foley & Lardner LLP |
| INTERNAL ADDRESS | Washington Harbour |
| STREET | 3000 K Street, N.W., Suite 600 |
| CITY | Washington |
| STATE | District of Columbia |
| POSTAL CODE | 20007-5109 |
| COUNTRY | United States |
| PHONE | 212-338-3527 |
| FAX | 202.672.5399 |
| EMAIL | IPdocketing@foley.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

| DOCKET/REFERENCE NUMBER | 092969-3018 |
|---|---|
| OTHER APPOINTED ATTORNEY | All other attorneys of Foley & Lardner LLP |
| **CORRESPONDENCE SECTION (current)** | |
| NAME | Andrew Baum; Jeffrey A. Kobulnick |
| FIRM NAME | Foley & Lardner LLP |
| STREET | 90 Park Avenue |
| CITY | New York |
| STATE | New York |
| POSTAL CODE | 10016 |
| COUNTRY | United States |
| PHONE | 212-338-3527 |
| FAX | 212-687-2329 |
| EMAIL | ptomailnewyork@foley.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| **CORRESPONDENCE SECTION (proposed)** | |
| NAME | Andrew Baum |
| FIRM NAME | Foley & Lardner LLP |
| INTERNAL ADDRESS | Washington Harbour |
| STREET | 3000 K Street, N.W., Suite 600 |
| CITY | Washington |
| STATE | District of Columbia |
| POSTAL CODE | 20007-5109 |
| COUNTRY | United States |
| PHONE | 212-338-3527 |
| FAX | 202.672.5399 |
| EMAIL | IPdocketing@foley.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 092969-3018 |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | B |
| GOODS OR SERVICES | ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\735\037\73503706\xml1\S890002.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\735\037\73503706\xml1\S890003.JPG |
| SPECIMEN DESCRIPTION | computer print screens of a movie trailer which shows use of the mark by a third party who has been certified by the Registrant. |
| **OWNER SECTION (current)** | |

| NAME | MOTION PICTURE ASSOCIATION OF AMERICA, INC. |
|---|---|
| CITY | Encino |
| STATE | California |
| ZIP/POSTAL CODE | 91436 |
| COUNTRY | United States |
| **OWNER SECTION (proposed)** | |
| NAME | MOTION PICTURE ASSOCIATION OF AMERICA, INC. |
| STREET | 15301 Ventura Boulevard, Building E |
| CITY | Sherman Oaks |
| STATE | California |
| ZIP/POSTAL CODE | 91403 |
| COUNTRY | United States |
| **LEGAL ENTITY SECTION (current)** | |
| TYPE | NONPROFIT CORPORATION |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | New York |
| **LEGAL ENTITY SECTION (proposed)** | |
| TYPE | NONPROFIT CORPORATION |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | New York |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 400 |
| GRACE PERIOD | 200 |
| TOTAL FEE PAID | 600 |
| **SIGNATURE SECTION** | |
| SIGNATORY FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\735\037\73503706\xml1\ S890004.JPG |
| SIGNATORY'S NAME | Joan Graves |
| SIGNATORY'S POSITION | Senior Vice President MPAA |
| PAYMENT METHOD | CC |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Jun 04 11:37:50 EDT 2015 |
| TEAS STAMP | USPTO/S08N09-XXX.XX.XX.X-20150604113750525141-1337 408-530a821a56877aab7bf73 d9681e5286692e5e34598ad34 96b997d7dc59f37b3a3-CC-10 449-20150604113148538838 |

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 07/31/2015)

**Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9**

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 1337408
**REGISTRATION DATE:** 05/21/1985

**MARK:** (Stylized and/or with Design, PG-13 PARENTS ARE STRONGLY CAUTIONED SOM)

The owner, MOTION PICTURE ASSOCIATION OF AMERICA, INC., NONPROFIT CORPORATION legally organized under the laws of New York, having an address of
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403
United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class B, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) computer print screens of a movie trailer which shows use of the mark by a third party who has been certified by the Registrant..
Specimen File1
Specimen File2
The registrant's current Attorney Information: Andrew Baum; Jeffrey A. Kobulnick of Foley & Lardner LLP
90 Park Avenue
New York, New York (NY) 10016
United States

The registrant's proposed Attorney Information: Andrew Baum of Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, District of Columbia (DC) 20007-5109
United States
The docket/reference number is 092969-3018.
The Other Appointed Attorney(s): All other attorneys of Foley & Lardner LLP.

The phone number is 212-338-3527.

The fax number is 202.672.5399.

The email address is IPdocketing@foley.com.
The registrant's current Correspondence Information: Andrew Baum; Jeffrey A. Kobulnick of Foley & Lardner LLP
90 Park Avenue
New York, New York (NY) 10016
United States

The registrant's proposed Correspondence Information: Andrew Baum of Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, District of Columbia (DC) 20007-5109
United States
The docket/reference number is 092969-3018.

The phone number is 212-338-3527.

The fax number is 202.672.5399.

The email address is IPdocketing@foley.com.

A fee payment in the amount of $600 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

Signature
Signatory's Name: Joan Graves
Signatory's Position: Senior Vice President MPAA

Mailing Address **(current):**
Foley & Lardner LLP
90 Park Avenue
New York, New York 10016

Mailing Address **(proposed):**
Foley & Lardner LLP
3000 K Street, N.W., Suite 600
Washington, District of Columbia 20007-5109

Serial Number: 73503706
Internet Transmission Date: Thu Jun 04 11:37:50 EDT 2015
TEAS Stamp: USPTO/S08N09-XXX.XX.XX.X-201506041137505
25141-1337408-530a821a56877aab7bf73d9681
e5286692e5e34598ad3496b997d7dc59f37b3a3-
CC-10449-20150604113148538838

I'll See You in My Dreams - Movie Trailer 2015
(PG13)
THE FOLLOWING PREVIEW HAS BEEN APPROVED FOR
APPROPRIATE AUDIENCES
BY THE MOTION PICTURE ASSOCIATION OF AMERICA, INC.
THE FILM ADVERTISED HAS BEEN RATED
PARENTS STRONGLY CAUTIONED
PG-13
FOR SEXUAL MATERIAL, DRUG USE AND BRIEF STRONG LANGUAGE
Some Material May Be Inappropriate for Children Under 13
www.filmratings.com
www.mpaa.org
0:00 / 2:01

I'll See You in My Dreams - Movie Trailer 2015
(PG13)
I'll See You in my DREAMS
1:56 / 2:01

## Declaration

**Section 8: Declaration of Use and/or Excusable Nonuse in Commerce**
*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods/services identified above.*

**Signature Section**

Signature: [illegible signature]
Date: [illegible]
Signatory's Name: Joan Graves
Signatory's Position: Senior Vice President MPAA / Chairman CARA

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:** 1337408

**Serial Number:** 73503706

**RAM Sale Number: 1337408**

**RAM Accounting Date: 20150604**

**Total Fees:** $600

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20150604 | $100 | 1 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20150604 | $300 | 1 | 1 | $300 |
| Grace period for §8 | 7206 | 20150604 | $100 | 1 | 1 | $100 |
| Grace period for renewal | 7203 | 20150604 | $100 | 1 | 1 | $100 |

Physical Location: 900 - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20150604

I'll See You in My Dreams - Movie Trailer 2015
(PG13)
THE FOLLOWING PREVIEW HAS BEEN APPROVED FOR
APPROPRIATE AUDIENCES
BY THE MOTION PICTURE ASSOCIATION OF AMERICA, INC.
THE FILM ADVERTISED HAS BEEN RATED
PARENTS STRONGLY CAUTIONED
PG-13
FOR SEXUAL MATERIAL, DRUG USE AND BRIEF STRONG LANGUAGE
Some Material May Be Inappropriate for Children Under 13
www.filmratings.com
www.mpaa.org
0:00 / 2:01

I'll See You in My Dreams - Movie Trailer 2015
(PG13)
I'll See You
in my DREAMS
1:56 / 2:01

**Declaration**

**Section 8: Declaration of Use and/or Excusable Nonuse in Commerce**
*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods/services identified above.*

**Signature Section**

Signature: ____________________
Date: 5/21/15
Signatory's Name: Joan Graves
Signatory's Position: Senior Vice President MPAA / Chairman CARA

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 09/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 73503706 |
| **REGISTRATION NUMBER** | 1337408 |
| **MARK SECTION** | |
| **MARK** | PG-13 PARENTS ARE STRONGLY CAUTIONED SOME MATERIAL MAY BE INAPPROPRIATE FOR CHILDREN UNDER 13 (stylized and/or with design) |
| **ATTORNEY SECTION** | |
| **ORIGINAL ADDRESS** | ANDREW BAUM<br>DARBY & DARBY PR<br>P.O. Box 5257<br>NEW YORK, NY 10150-5257<br>212-527-7701<br>212-527-7700<br>tmdocket@darbylaw.com |
| **CORRESPONDENCE SECTION** | |
| **ORIGINAL ADDRESS** | ANDREW BAUM<br>DARBY & DARBY PR<br>P.O. Box 5257<br>NEW YORK, NY 10150-5257<br>212-527-7701<br>212-527-7700<br>tmdocket@darbylaw.com |
| **NEW OTHER APPOINTED ATTORNEYS** | Kelly M. Bargmann, Miriam Claire Beezy, Katherine P. Califa, M. John Carson, Marina Depietri, Mark J. Diliberti, Diane G. Elder, Craig S. Fochler, Jeffrey H. Greene, Charles R. Mandly, Richard J. McKenna, Diane K. Newman, Megan Q. Raynor, Norman J. Rich, Tricia L. Schulz, Karin Segall, Cynthia B. Stevens, Robert S. Weisbein, Herbert P. Williams and all other attorneys |
| **NEW ATTORNEY ADDRESS** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney. |
| **NAME** | Andrew Baum; Jeffrey A. Kobulnick |
| **FIRM NAME** | Foley & Lardner LLP |
| **STREET** | 90 Park Avenue |
| **CITY** | New York |
| **STATE** | New York |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 10016 |

| | |
|---|---|
| PHONE | 212-338-3527 |
| FAX | 212-687-2329 |
| EMAIL | ptomailnewyork@foley.com |
| ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| **NEW CORRESPONDENCE ADDRESS** | |
| NAME | Andrew Baum; Jeffrey A. Kobulnick |
| FIRM NAME | Foley & Lardner LLP |
| STREET | 90 Park Avenue |
| CITY | New York |
| STATE | New York |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 10016 |
| PHONE | 212-338-3527 |
| FAX | 212-687-2329 |
| EMAIL | ptomailnewyork@foley.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| **SIGNATURE SECTION** | |
| SIGNATORY FILE | \\TICRS\EXPORT5\IMAGEOUT5\735\037\73503706\xml1\RAA0002.JPG |
| SIGNATORY NAME | Orit Michiel |
| SIGNATORY POSITION | VP, Domestic Counsel |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Jan 22 16:53:44 EST 2009 |
| TEAS STAMP | USPTO/RAA-XXX.XX.XX.X-200<br>90122165344484066-7350370<br>6-40073d567441e24bf92c8d0<br>0a6c9118b-N/A-N/A-2009012<br>2165212185366 |

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 09/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:
**MARK:** PG-13 PARENTS ARE STRONGLY CAUTIONED SOME MATERIAL MAY BE INAPPROPRIATE FOR CHILDREN UNDER 13 (stylized and/or with design)
**SERIAL NUMBER:** 73503706
**REGISTRATION NUMBER:** 1337408

**The original attorney**
ANDREW BAUM
DARBY & DARBY PR
P.O. Box 5257
NEW YORK, NY 10150-5257
212-527-7701
212-527-7700
tmdocket@darbylaw.com

**Original Correspondence Address :**
ANDREW BAUM
DARBY & DARBY PR
P.O. Box 5257
NEW YORK, NY 10150-5257
212-527-7701
212-527-7700
tmdocket@darbylaw.com

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney. In addition, any additional previously-appointed attorneys that are currently listed in the application are replaced with the new "Other Appointed Attorneys" listed below.

**Newly Appointed Attorney:**
Andrew Baum; Jeffrey A. Kobulnick
Foley & Lardner LLP
90 Park Avenue
New York, New York 10016
United States
212-338-3527
212-687-2329

**Other Appointed Attorneys:**

Kelly M. Bargmann, Miriam Claire Beezy, Katherine P. Califa, M. John Carson, Marina Depietri, Mark J. Diliberti, Diane G. Elder, Craig S. Fochler, Jeffrey H. Greene, Charles R. Mandly, Richard J. McKenna, Diane K. Newman, Megan Q. Raynor, Norman J. Rich, Tricia L. Schulz, Karin Segall, Cynthia B. Stevens, Robert S. Weisbein, Herbert P. Williams and all other attorneys

**The following is to be used as the correspondence address:**
Andrew Baum; Jeffrey A. Kobulnick
Foley & Lardner LLP
90 Park Avenue
New York, New York 10016
United States

212-338-3527
212-687-2329
ptomailnewyork@foley.com

Signatory File Signature
Signatory's Name: Orit Michiel
Signatory's Position: VP, Domestic Counsel

Serial Number: 73503706
Internet Transmission Date: Thu Jan 22 16:53:44 EST 2009
TEAS Stamp: USPTO/RAA-XXX.XX.XX.X-200901221653444840
66-73503706-40073d567441e24bf92c8d00a6c9
118b-N/A-N/A-20090122165212185366

**Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative**

**Handwritten Signature**

**Signature Section:**
Signature: [signature]
Date: 11·14·08
Signatory's Name: Orit Michiel
Signatory's Position: VP, Domestic Counsel

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), include only the signature page (no declaration is required, nor should any other information from the actual revocation be included).

Go Back

 

UNITED STATES DEPARTMENT OF COMMERCE
Patent and ' demark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO. 1337408 SERIAL NO. 73/503706 PAPER NO.
MAILING DATE: 01/28/91

MARK: PG-13 PARENTS ARE STRONGLY CAUTIONED
SOME MATERIAL MAY BE INAPPROPRIATE FOR CHIL
REGISTRANT: MOTION PICTURE ASSOCIATION OF AMERICA, INC.
CORRESPONDENCE ADDRESS:
Andrew Baum
Darby & Darby Pr
805 Third Avenue
New York, NY 10022

Please furnish the following in all correspondence:

1. Your phone number and zip code.
2. Mailing date of this action.
3. Affidavit-Renewal Examiner's name.
4. The address of all correspondence not containing fees should include the words "Box 5".
5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

CATHERINE HILL
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 557-1988

TRADEMARK ACTION REPORT PROCESS DATE: 01/18/91 PAGE: 1

SERIAL NUMBER [AM032]: 73/503706 FILING DATE [AM016]: 1984/10/15

EXAMINING ATTORNEY [AM025]: SOROKA, DAVID M.

LAW OFFICE [AM024]: 4
CURRENTLY AN INTENT APPLICATION: NO
PUBLICATION DATE [AM020]: 1985/03/12
REGISTRATION NUMBER [AM031]: 1337408 REGISTRATION DATE [AM022]: 1985/05/21
STATUS: SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED

MARK [AM028]: PG-13 PARENTS ARE STRONGLY CAUTIONED SOM
[MK0000]: E MATERIAL MAY BE INAPPROPRIATE FOR CHIL
[MK0000]: DREN UNDER 13

MARK DRAWING CODE [AM029]: 3U06

MARK TYPE:
Certification Mark [AM063]:

WIPO DESIGN CODE [WP003]: 010702
010704
261102

261111
261116

REGISTER: Principal [AM086]

AMENDED/REGISTER: NNNNNN

DATE REGISTER AMND: [AM014]: NNNN/NN/NN

DATE OF LAST RENEWAL [AM126]: NNNN/NN/NN

RENEWAL: NO

RE-PUBLISHED SEC 12(C) [AM077]: NO

DATE PUB SEC 12C [AM021]: NNNN/NN/NN

SECTION 8 ACCEPTED: YES

SECTION 15 ACKNOWLEDGED: YES

CHANGE IN REGISTRATION [AM044]: YES

TRADEMARK ACTION REPORT PROCESS DATE: 01/18/91 PAGE: 2

SERIAL NUMBER [AM032]: 73/503706 (CONTINUED)

PRIME CLASSIFICATION [CL010]: B

CLASS STATUS: ACTIVE

CLASS STATUS DATE: 1985/03/12

INTL CLASS(ES) [CL003]: B

US CLASS(ES) [CL005]: B

DATE OF FIRST USE [CL007]: 1984/08/01

DATE OF FIRST USE IN COMM [CL008]: 1984/08/01

USE IN ANOTHER FORM [AF***0]:

USE IN ANOTHER FORM [AF***1]:

USE IN ANOTHER FORM [AF***2]:

GOODS AND SERVICES [GS****]: ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES

CERTIFICATION STMT [CS0000]: THE CERTIFICATION MARK, AS USED BY PERSO NS AUTHORIZED, CERTIFIES THAT THE MOTION PICTURE FILM, OF THE RATING BOARD, CONT AINS MATERIAL AS TO NUDITY, LANGUAGE, SE NSUALITY, TREATMENT OF THEME, AND VIOLEN CE SUCH THAT PARENTS SHOULD EXERCISE CAU

TION BEFORE ALLOWING THEIR CHILDREN UNDE R THIRTEEN YEARS OF AGE TO ATTEND.

ATTORNEY DOCKET NUMBER: NNNNNNNNNNNN

ATTORNEY [AT0000]: ANDREW BAUM

CORR. NAME/ADDRESS [AM001]: Andrew Baum
[AM002]: Darby & Darby Pr
[AM003]: 305 Third Avenue
[AM004]: New York [illegible]

TRADEMARK ACTION REPORT PROCESS DATE: 01/18/91 PAGE: 3

SERIAL NUMBER [AM032]: 73/503706 (CONTINUED)

DOMESTIC REP [DR0000]:

AMEND TO A REG/RENEWAL CERT. [A0****]:

CERT. OF CORRECTION OF REG [B0****]:

CONCURRENT USE STMT [CU****]:

DESCRIPTION OF MARK [DM0000]:

DISCLAIMER /PREDETERMINED TEXT [D10000]:

INTERFERENCE STATEMENT [IN0000]:

LINING AND STIPPLING STATEMENT [LS0000]:

NAME/PORTRAIT DESC. / CONSENT [N00000]:

ORDER REST. SCOPE/CLAIM OF REG [OR****]:

SECTION 2(F) [AM078]: NO

SECTION 2(F) IN PART [AM079]: NO

SECTION 2(F) LIMITATION STMNT. [TF0000]:

TRANSLATION OF WORDS IN MARK [TR0000]:

FOREIGN ENTRY NUMBER [FN006]: NNN

FOREIGN COUNTRY OF ORIGIN [FN008]: NO FRGN CNTY CODE

FOREIGN APPL. NUMBER [FN007]: NNNNNNNNNNNN

FOREIGN APPL. FILING DATE [FN001]: NNNN/NN/NN

FOREIGN REG NUMBER [FN009]: NNNNNNNNNNNN

FOREIGN REGISTRATION DATE [FN002]: NNNN/NN/NN

FOREIGN REG. EXPIRATION [FN00[illegible]]: [illegible]

FOREIGN RENEWAL REG NUMBER [FN010]: [illegible]

SERIAL NUMBER [AM032]: 73/503706 (CONTINUED)

FOREIGN REG. RENEWED [FN004]: NNNN/NN/NN

FOREIGN REG. RENEWED EXP [FN005]: NNNN/NN/NN

PRIORITY CLAIMED: NO

PRIOR U.S. REGISTRATION [PR002]: 0959579

PRIOR U.S. REGISTRATION [PR002]: 1170739

AND OTHERS [AM041]

ASSIGN. NAME CHANGE [NC9999]:

APPLICANT [PY017]: ORIGINAL APPLICANT - FIRST NAME

ENTRY NUMBER [PY006]: 01

NAME [PY014]: MOTION PICTURE ASSOCIATION OF AMERICA, I
[PY015]: NC.

ENTITY TYPE [PY005]: OTHER

CITIZENSHIP [PY003]: NEW YORK

COMPOSED OF [CO****]:

ENTITY STATEMENT [EN1001]: NONPROFIT CORPORATION

DBA/AKA STATEMENT [DB****]:

ADDRESS [PY001]: NNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNN

[PY002]: 1133 AVENUE OF THE AMERICAS

CITY [PY004]: NEW YORK

STATE/COUNTRY [PY019]: NEW YORK

ZIP CODE [PY020]: 10036

APPLICANT [PY017]: OWNER AT PUBLICATION [illegible]

ENTRY NUMBER [PY006]: 01

SERIAL NUMBER [AM032]: 73/503706 (CONTINUED)

NAME [PY014]: MOTION PICTURE ASSOCIATION OF AMERICA, I
[PY015]: NC.

ENTITY TYPE [PY005]: OTHER

CITIZENSHIP [PY003]: NEW YORK

COMPOSED OF [CO****]:

ENTITY STATEMENT [EN2001]: NONPROFIT CORPORATION

DBA/AKA STATEMENT [DB****]:

ADDRESS [PY001]: NNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNN
[PY002]: 1133 AVENUE OF THE AMERICAS

CITY [PY004]: NEW YORK

STATE/COUNTRY [PY019]: NEW YORK

ZIP CODE [PY020]: 10036

APPLICANT [PY017]: ORIGINAL REGISTRANT - FIRST NAME

ENTRY NUMBER [PY006]: 01

NAME [PY014]: MOTION PICTURE ASSOCIATION OF AMERICA, I
[PY015]: NC.

ENTITY TYPE [PY005]: OTHER

CITIZENSHIP [PY003]: NEW YORK

COMPOSED OF [CO****]:

ENTITY STATEMENT [EN3001]: NONPROFIT CORPORATION

DBA/AKA STATEMENT [DB****]:

ADDRESS [PY001]: NNNNNNNNNNNNNNNN[illegible]
[PY002]: 1133 AVENUE OF THE AMER[illegible]

CITY [PY004]: NEW YORK

TRADEMARK ACTION REPORT PROCESS DATE: 01/18/91 PAGE: 6

SERIAL NUMBER [AM032]: 73/503706 (CONTINUED)

STATE/COUNTRY [PY019]: NEW YORK

ZIP CODE [PY020]: 10036

CANCELLATION:

LAST EVENT IN PROSECUTION HISTORY:

COMBINED SEC. 8 & 15 ACCEPTED

ELEMENTS AMENDED:

ELEMENTS CORRECTED:

ELEMENTS RESTRICTED:

30

9

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:** 1337408

**Serial Number:** 73503706

**RAM Sale Number: 428**

**RAM Accounting Date: 20050105**

**Total Fees:** $500

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20050104 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20050104 | $400 | 1 | $400 |

Physical Location: 900 - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): False

**Transaction Date:** 20050104

F

AMENDMENT

Registered May 21, 1985 Registration No. 1,337,408

Motion Picture Association of America, Inc.

Application to amend having been made by Motion Picture Association of America, Inc owner of the registration above identified, said registration is hereby amended as follows:

In the statement, column 1, after line 4,

, now located at 1133 Avenue of the Americas, New York, NY 10036

is inserted, and the drawing is amended to appear as follows:

PUBLISH NEW CUT

Such amendments have been entered upon the records of the Patent and Trademark Office and the said original registration should be read as so amended.

Signed and sealed this 28th day of October 1986.

(SEAL) Commissioner

Attest:

Attesting Officer

7(d) dwg.

crh

D

CERTIFICATE OF CORRECTION

Registered May 21, 1985 Registration No. 1,337,408

Motion Picture Association of America, Inc.

It is hereby certified that the above identified registration is in error requiring correction as follows:

In the statement, column 1, line 2,

"(New York Corporation)"

should be deleted and

(New York Nonprofit Corporation)

should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 28th day of October 1986.

(SEAL) Commissioner

Attest:

Attesting Officer

crh



100.00-308 TM

#2

APPLICATION FOR AMENDMENT OF TRADEMARK REGISTRATION

Mark: PG-13 PARENTS ARE STRONGLY CAUTIONED...and Design

Reg. No.: 1,337,408

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Application by MOTION PICTURE ASSOCIATION OF AMERICA, INC., a nonprofit corporation organized and existing under the laws of the State of New York, now located at 1133 Avenue of the Americas, New York, New York 10036.

The above-identified applicant is the owner of the above-referenced registration and hereby applies, pursuant to Section 7(d) of the Lanham Act, 15 U.S.C. §1057(d), to amend the Certificate of Registration in two respects.

First, the address of the registrant now appearing on the Certificate, 522 Fifth Avenue, New York, New York 10036, should be changed to 1133 Avenue of the Americas, New York, New York 10036, to reflect the recent change of address of registrant.

Second, registrant respectfully requests that the mark itself be amended to reflect the change in the mark as authorized for use by registrant. Pursuant to 37 C.F.R. §2.173, registrant submits herewith a new drawing of the amended mark, as well as five (5) specimens showing the mark as actually used.

The amended mark is identical to the registered mark, except for the wording in the rectangles on the right side of the design. The amended version is merely a shorter and more direct

070 06/30/86 1337408 2 308 100.00 CK

statement of the registered version, and is now the only version approved for use by registrant. It is submitted that the amendment does not alter materially the character of the mark.

Please recognize Andrew Baum and Nims, Howes, Collison & Isner, a firm composed of Oliver P. Howes, Jr., Bert A. Collison, Thomas A. Kain, William K. Guild, Ralph Henkle, Kenneth R. Umans, Andrew Baum and William R. Hansen, all members of the Bar of the State of New York, with offices at 500 Fifth Avenue, Suite 3200, New York, New York 10110, as applicant's attorneys to prosecute this application for amendment of registration, with full powers of substitution and revocation, to make alterations and amendments therein, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the amended Certificate of Registration.

STATE OF NEW YORK )<br>: ss.:<br>COUNTY OF NEW YORK)

WALTER J. JOSIAH, JR., deposes and says that he is Executive Vice President and General Counsel of applicant corporation and is authorized to make this declaration on behalf of the corporation; that the specimens submitted herewith are in use as of the date of execution of this application; that he believes said corporation to be the owner of the mark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use said mark in commerce, either in the identical form or in

resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true and that all statements on information and belief are believed to be true.

MOTION PICTURE ASSOCIATION OF AMERICA, INC.

By [signature]
Walter J. Josiah, Jr.

Sworn to before me this 16th day of June, 1986

[signature]
Notary Public

ROBERTA D. SCOLL
NOTARY PUBLIC, State of New York
No. 4812544
Qualified in Nassau County
Commission Expires January 31, 1988



THE NEW YORK TIMES, FRIDAY, JUNE 20, 1986 C13

"ABSOLUTELY SENSATIONAL! Take the day off and see this one!"
—Jeffrey Lyons, SNEAK PREVIEWS/INN NEWS

"Clever, HIGH SPIRITED ...Matthew Broderick charms the pants off the audience."
—David Ansen, NEWSWEEK

"The year's FUNNIEST movie... ★★★★."
—Jack Curry, USA TODAY

"The FUNNIEST film in years. 10+. You don't want to miss it."
—Gary Franklin, KABC-TV

MATTHEW BRODERICK
FERRIS BUELLER'S
DAY OFF
A JOHN HUGHES FILM
PARAMOUNT PICTURES PRESENTS FERRIS BUELLER'S DAY OFF
MIA SARA ALAN RUCK MUSIC SCORE BY IRA NEWBORN EDITED BY PAUL HIRSCH EXECUTIVE PRODUCER MICHAEL CHINICH
PRODUCED BY JOHN HUGHES AND TOM JACOBSON WRITTEN AND DIRECTED BY JOHN HUGHES
PG-13 PARENTS STRONGLY CAUTIONED
A PARAMOUNT PICTURE
THE NEW YORK TIMES, FRIDAY, JUNE 20, 1986

THE NEW YORK TIMES, FRIDAY, JUNE 20, 1986
"IT'S A BALL!
RODNEY DANGERFIELD
BACK TO SCHOOL
"...full of great one liners. Enough to fill a half dozen movies. The funniest film of the summer."
— Leonard Maltin, ENTERTAINMENT TONIGHT
"Rodney Dangerfield...in his best, and most consistently appealing screen work to date. So refreshingly light-hearted that it may even bring movie-goers Back to Cinemas."
— George Anthony, THE TORONTO SUN
"...easily the funniest movie of 1986...Dangerfield...is riot-ous, believable, and lovable."
— Peter Stack, SAN FRANCISCO CHRONICLE
•UNITED ARTISTS TWIN
•GEMINI TWIN
•LOEWS 34TH STREET SHOWPLACE
•LOEWS 84TH STREET SIX
•UA EAST
OLYMPIA QUAD
DALE TWIN
INTERBORO QUAD
•VALENTINE TRIPLEX
•WHITESTONE MULTIPLEX
•ALPINE SEVENPLEX
•BENSON TWIN
BROOKLYN HEIGHTS TWIN
CANARSIE TRIPLEX
•KENT
LOEWS METROPOLITAN QUAD
•OCEANA SIXPLEX
ASTORIA QUAD
BOULEVARD TRIPLEX
CINEMA CITY FIVE
CONTINENTAL 3
MOVIEWORLD
PARSONS QUAD
UA QUARTET
•SURFSIDE TWIN

"SUSPENSE, THRILLS, CHILLS, EXCITEMENT... THE TRIP OF A LIFETIME."
"MORE THRILLS PER MINUTE THAN 'TOP GUN' AND 'COBRA' COMBINED."
"POSITIVE, AFFIRMATIVE AND UPLIFTING."
"IT WOULD BE A SHAME IF MEMORIES OF THE CHALLENGER KEPT 'SPACECAMP' FROM FINDING ITS AUDIENCE. THIS IS A RARE FILM YOU CAN TAKE YOUR KIDS TO AND YOU'LL ALL ENJOY IT."
SPACECAMP
THE STARS BELONG TO A NEW GENERATION
NOW PLAYING AT THESE SELECTED THEATRES
NEW YORK
This week, 'A Room With A View' will exceed $1,000,000 at the box office at the Paris Theatre.
Thank you for making 'A Room With A View' the most successful exclusive engagement in history.
A Room with a View
EXCLUSIVE ENGAGEMENT CONTINUES AT
"BRILLIANT"
"A LANDMARK"
"WILL HAUNT YOUR MIND & MOVE YOUR HEART"
TROUBLE IN MIND
STARTS TODAY
bleecker st. cinemas
3rd RECORD BREAKING MONTH!
"HILARIOUS!"
3 Men and a Cradle
68th St. Playhouse
BACK TO SCHOOL
THE KARATE KID PART II
BACK TO SCHOOL
SHORT CIRCUIT
AT CLOSE RANGE
BACK TO SCHOOL
JANUS 30th ANNIVERSARY
THE 400 BLOWS
SHOOT THE PIANO PLAYER
FILM FORUM 2
KARATE KID II
RAW DEAL
SHORT CIRCUIT
AT CLOSE RANGE
BACK TO SCHOOL
POLTERGEIST II
LEGAL EAGLES
FERRIS BUELLER'S DAY OFF
TOP GUN
"Sexually uninhibited."
BLISS
D.W. GRIFFITH
FOREST HILLS TWIN

off and see this one!"
—Jeffrey Lyons, SNEAK PREVIEWS / INN NEWS
lever, HIGH SPIRITED ...Matthew Broderick
rms the pants off the audience."
—David Ansen, NEWSWEEK
he year's FUNNIEST movie... ★★★★"
—Jack Curry, USA TODAY
he FUNNIEST film in years. 10+. You don't
nt to miss it."
—Gary Franklin, KABC-TV
MATTHEW BRODERICK
FERRIS BUELLER'S
DAY OFF
A JOHN HUGHES FILM
PARAMOUNT PICTURES PRESENTS FERRIS BUELLER'S DAY OFF
MIA SARA ALAN RUCK MUSIC SCORE BY IRA NEWBORN EDITED BY PAUL HIRSCH EXECUTIVE PRODUCER MICHAEL CHINICH
PRODUCED BY JOHN HUGHES AND TOM JACOBSON WRITTEN AND DIRECTED BY JOHN HUGHES
PG-13 PARENTS STRONGLY CAUTIONED
DOLBY STEREO IN SELECTED THEATRES
A PARAMOUNT PICTURE
A GULF+WESTERN COMPANY
QUEENS
BOULEVARD TRIPLEX
JACKSON HEIGHTS
NASSAU
RKO CENTURY
RKO LAWRENCE TRIPLEX
LAWRENCE
SUFFOLK
BROOKHAVEN MULTIPLEX
CINEMAS
MEDFORD
UPSTATE N.Y.
BREWSTER
CAMEO
CHESTER
ARLINGTON
LINCOLN TRIPLEX
NEW JERSEY
HACKETTSTOWN
MALL CINEMA
ROCKAWAY
TOWNSHIP

MAIL ROOM
23
JUN
23
1986
PAT. & TRADE MARK OFF.

"...y off and see this one!" —Jeffrey Lyons, SNEAK PREVIEWS / INN NEWS

"...lever, HIGH SPIRITED ...Matthew Broderick
...arms the pants off the audience."

—David Ansen, NEWSWEEK

"...he year's FUNNIEST movie... ★★★★."

—Jack Curry, USA TODAY

"...he FUNNIEST film in years. 10+. You don't ...nt to miss it."

—Gary Franklin, KABC-TV

MATTHEW BRODERICK

# FERRIS BUELLER'S DAY OFF

A JOHN HUGHES FILM

PARAMOUNT PICTURES PRESENTS FERRIS BUELLER'S DAY OFF
MIA SARA ALAN RUCK MUSIC SCORE BY IRA NEWBORN EDITED BY PAUL HIRSCH EXECUTIVE PRODUCER MICHAEL CHINICH
PRODUCED BY JOHN HUGHES AND TOM JACOBSON WRITTEN AND DIRECTED BY JOHN HUGHES

PG-13 PARENTS STRONGLY CAUTIONED
Some Material May Be Inappropriate for Children Under 13

DOLBY STEREO® IN SELECTED THEATRES

A PARAMOUNT PICTURE

COPYRIGHT © 1986 BY PARAMOUNT PICTURES CORPORATION. ALL RIGHTS RESERVED.

A GULF+WESTERN COMPANY

QUEENS
BOULEVARD TRIPLEX
JACKSON HEIGHTS

NASSAU
RKO CENTURY
RKO LAWRENCE TRIPLEX
LAWRENCE

SUFFOLK
✓BROOKHAVEN MULTIPLEX CINEMAS
MEDFORD

UPSTATE N.Y.
BREWSTER
CAMEO

NEW JERSEY
ARLINGTON
LINCOLN TRIPLEX
HACKETTSTOWN
MALL CINEMA
ROCKAWAY
TOWNSHIP

MAIL ROOM
23
JUN
23
1986
PAT. & TRADE MARK OFF.



off and see this one!"
—Jeffrey Lyons, SNEAK PREVIEWS / INN NEWS
lever, HIGH SPIRITED ...Matthew Broderick
irms the pants off the audience."
—David Ansen, NEWSWEEK
he year's FUNNIEST movie... ★★★★"
—Jack Curry, USA TODAY
ne FUNNIEST film in years. 10+. You don't
nt to miss it."
—Gary Franklin, KABC-TV
MATTHEW BRODERICK
FERRIS BUELLER'S
DAY OFF
A JOHN HUGHES FILM
PARAMOUNT PICTURES PRESENTS FERRIS BUELLER'S DAY OFF
MIA SARA ALAN RUCK MUSIC SCORE BY IRA NEWBORN EDITED BY PAUL HIRSCH EXECUTIVE PRODUCER MICHAEL CHINICH
PRODUCED BY JOHN HUGHES AND TOM JACOBSON WRITTEN AND DIRECTED BY JOHN HUGHES
PG-13 PARENTS STRONGLY CAUTIONED
DOLBY STEREO IN SELECTED THEATRES
A PARAMOUNT PICTURE
QUEENS
BOULEVARD TRIPLEX
JACKSON HEIGHTS
NASSAU
RKO CENTURY
RKO LAWRENCE TRIPLEX
LAWRENCE
SUFFOLK
BROOKHAVEN MULTIPLEX CINEMAS
MEDFORD
UPSTATE N.Y.
BREWSTER
CANEO
NEW JERSEY
ARLINGTON
LINCOLN TRIPLEX
HACKETTSTOWN
MALL CINEMA
ROCKAWAY
TOWNSHIP



MAIL ROOM
23
JUN
23
1986
PAT. & TRADE MARK OFF.

y off and see this one!"
—Jeffrey Lyons, SNEAK PREVIEWS / INN NEWS

lever, **HIGH SPIRITED**...Matthew Broderick
irms the pants off the audience."
—David Ansen, NEWSWEEK

he year's **FUNNIEST** movie...★★★★"
—Jack Curry, USA TODAY

he **FUNNIEST** film in years. **10+**. You don't
nt to miss it."
—Gary Franklin, KABC-TV

MATTHEW BRODERICK

# FERRIS BUELLER'S DAY OFF

A JOHN HUGHES FILM

PARAMOUNT PICTURES PRESENTS FERRIS BUELLER'S DAY OFF
MIA SARA ALAN RUCK MUSIC SCORE BY IRA NEWBORN EDITED BY PAUL HIRSCH EXECUTIVE PRODUCER MICHAEL CHINICH
PRODUCED BY JOHN HUGHES AND TOM JACOBSON WRITTEN AND DIRECTED BY JOHN HUGHES

PG-13 PARENTS STRONGLY CAUTIONED
Some Material May Be Inappropriate for Children Under 13

DOLBY STEREO® IN SELECTED THEATRES

A PARAMOUNT PICTURE

COPYRIGHT © 1986 BY PARAMOUNT PICTURES CORPORATION. ALL RIGHTS RESERVED.

A GULF+WESTERN COMPANY

QUEENS
BOULEVARD TRIPLEX
JACKSON HEIGHTS

NASSAU
RKO CENTURY
RKO LAWRENCE TRIPLEX
LAWRENCE

SUFFOLK
✓BROOKHAVEN MULTIPLEX CINEMAS
MEDFORD

UPSTATE N.Y.
BREWSTER
CAMEO
CHESTER

NEW JERSEY
ARLINGTON
LINCOLN TRIPLEX
HACKETTSTOWN
MALL CINEMA
ROCKAWAY
TOWNSHIP

MAIL ROOM
23
JUN
23
1986
PAT. & TRADE MARK OFF.

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

NOTICE OF PUBLICATION UNDER SECTION 12(a)

1. Ser. No.:
503706

2. Mark:
PG-13 PARENTS ARE STRONGLY CAUTION-ED TO GIVE SPECIAL GUIDANCE FO ETC.

3. Applicant:
Motion Picture Association of America, Inc.

4. Publication Date:
Mar. 12, 1985

The mark of the application above identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13 of the Statute or by rules 2.101 and 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained at $5.00 each for domestic orders, or at $6.25 each for foreign orders from:

The Superintendent of Documents
U.S. Government Printing Office
Washington, D.C. 20402

By direction of the Commissioner.

5. Send correspondence to:

Andrew Baum
Suite 3200
500 Fifth Ave.
New York
N.Y. 10110

PTOL 47A (1-81)

1-5 Aper $75.00 - 801 TM

503706

MAIL ROOM
OCT 15 1984
29
PAT. & TRADE MARK OFF.

APPLICATION FOR REGISTRATION OF CERTIFICATION MARK

TRADEMARK: PG-13 PARENTS ARE STRONGLY CAUTIONED etc. in Design

CLASS NO.: Certification Class B

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

F4 03 (NY)
F5 (NY)

Application by MOTION PICTURE ASSOCIATION OF AMERICA, INC., a nonprofit corporation organized and existing under the laws of the State of New York, located at 522 Fifth Avenue, New York, New York 10036.

F3 B

print

The above-identified applicant has adopted and is exercising legitimate control over the use of the certification mark shown in the accompanying drawing for certification of entertainment services rendered through the medium of motion pictures, and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

print
print

The certification mark, as used by persons authorized ~~by applicant~~, certifies that the motion picture film, ~~in the opinion~~ of ~~applicant~~ the 's Rating Board, contains material as to nudity, language, sensuality, treatment of theme, and violence such that parents should exercise caution before allowing their children under thirteen years of age to attend. Said mark was first used under the authority of applicant at least as early as August 1, 1984; was first used in interstate commerce at least as early as August 1, 1984, and is now in use in such ~~commerce~~

10/22/84 503706 ... 175.00 CK

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

WALTER J. JOSIAH, JR., deposes and says that he is Executive Vice-President and General Counsel of applicant corporation and is authorized to make this declaration on behalf of the corporation; he believes said corporation to be the owner of the mark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true.

WALTER J. JOSIAH, JR.

Sworn to before me this
10th day of October, 1984

Notary Public

ROBERTA D. SCOLL
NOTARY PUBLIC, State of New York
No. 4812544
Qualified in Nassau County
Commission Expires March 30, 1986

The mark is used by applying it to motion picture advertising material and motion picture prints for films so rated, and five specimens showing the mark as actually used are presented herewith.

Applicant is not engaged in the production or marketing of any goods or services to which the mark is applied.

Applicant is the owner of Registration Nos. 959,579; 959,580, and 959,581, all issued May 22, 1973; of Registration Nos. 1,169,742, and 1,169,743, issued September 13, 1981, and of Registration No. 1,170,739, issued September 22, 1981.

Please recognize Andrew Baum and Nims, Howes, Collison & Isner, a firm composed of Oliver P. Howes, Jr., Bert A. Collison, Robert E. Isner, Thomas A. Kain, William K. Guild, Ralph Henkle, Kenneth R. Umans, Andrew Baum and William R. Hansen, all members of the Bar of the State of New York, with offices at 500 Fifth Avenue, Suite 3200, New York, New York 10110 as applicant's attorneys to prosecute this application for registration, with full powers of substitution and revocation, to make alterations and amendments therein, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

MOTION PICTURE ASSOCIATION OF AMERICA, INC.

By ____________________
WALTER J. JOSIAH, JR.
Executive Vice-President and General Counsel

503706

NIMS, HOWES, COLLISON & ISNER
SUITE 3200
500 FIFTH AVENUE, NEW YORK, N.Y. 10110
(212) 382-1400

CABLE: NIMS
TELECOPIER
(212) 719-3038
TELEX NO. 237665

OLIVER P. HOWES, JR.
BERT A. COLLISON
ROBERT E. ISNER
THOMAS A. KAIN
WILLIAM K. GUILD
KENNETH R. UMANS
RALPH HENKLE
ANDREW BAUM
WILLIAM R. HANSEN

RAYMOND J. GLYNN
JULIE A. LAUBER
CLARK W. LACKERT
SUSAN M. CUMMINGS*
CHRISTOPHER B. GARVEY
KEITH E. SHARKIN

*NEW JERSEY BAR ONLY

MAIL ROOM
OCT 15 1984
PAT. & TRADE MARK OFF.

October 11, 1984

Commissioner of Patents and Trademarks
Washington, D.C. 20231

Dear Sir:

We are attorneys for Motion Picture Association of America, Inc. We enclose an application to register our client's Certification Mark PG-13 PARENTS ARE STRONGLY CAUTIONED etc. in Design, along with five specimens of the mark as used and a check for $175.00 to cover the application fee.

We are also enclosing a stamped, self-addressed postcard and ask that you stamp the date of receipt on it and return it to us.

Sincerely,

Andrew Baum

53/fb
Enclosures

FORM PTO-1328 (REV 1-83)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

# TRADEMARK APPLICATION FILE DATA WORKSHEET

**F2**

| 1. SERIAL NUMBER | 2. FILING DATE | 3. LAW OFFICE |
|---|---|---|
| 503706 | 101584 | 4 |
| | 4. REGISTER TYPE: PR | 5. MARK DRAWING CODE: 3 |

PG-13 PARENTS ARE STRONGLY CAUTIONED TO GIVE SPECIAL GUIDANCE FOR ATTENDANCE OF

**F3**

| 1. INT. CL. | 2. 1st USE DATE | 3. 1st COMMERCE | 4. PAID | 5. PRIOR U.S. CLASS(ES) | 6. GOODS/ SERVICES |
|---|---|---|---|---|---|
| | | | | | SEE APPLI-CATION |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**F4** APPLICANT INFORMATION

| | 1. ENTITY | 2. ENTRY NO. | 3. CITIZENSHIP | 4. NAME |
|---|---|---|---|---|
| 1st | | SEE APPLICATION | | |
| 2nd | | | | |
| 3rd | | | | |

**F5**

| ENTRY NO. | APPLICANT ADDRESS |
|---|---|
| 01 | SEE APPLICATION |
| 02 | |
| 03 | |

**F6,7** CORRESPONDENCE ADDRESS (F6) and ATTORNEYS (F7) - SEE APPLICATION

**F8**

| ENTRY NO. | | | |
|---|---|---|---|
| 01 | COUNTRY CODE | FOREIGN APPLICATION NO. | FOREIGN FILING DATE |
| | FOREIGN REGISTRATION NO | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | RENEWAL REGISTRATION NO. | RENEWAL DATE | RENEWAL EXPIRATION DATE |
| 02 | COUNTRY CODE | FOREIGN APPLICATION NO. | FOREIGN FILING DATE |
| | FOREIGN REGISTRATION NO. | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE |

**F9** PRIOR U.S. REGISTRATIONS - SEE APPLICATION

**F10**

| TEXT TYPE CODE | ADDITIONAL TEXT (SEE APPLICATION OR ENTER TEXT BELOW) |
|---|---|
| | |

EMPLOYEE NUMBER

USCOMM-DC 83-377

FORM PTO-1328 (REV 1-83)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

# TRADEMARK APPLICATION FILE DATA WORKSHEET

| 1. SERIAL NUMBER | 2. FILING DATE | 3. LAW OFFICE |
|---|---|---|
| | 4. REGISTER TYPE | 5. MARK DRAWING CODE |

F2

CHILDREN 13 SOME MATERIAL MAY
BE INAPPROPRIATE FOR YOUNG CHILDREN

F3

| 1. INT. CL. | 2. 1st USE DATE | 3. 1st COMMERCE | 4. PAID | 5. PRIOR U.S. CLASS(ES) | 6. GOODS/ SERVICES |
|---|---|---|---|---|---|
| B | 08011984 | 08011984 | Y | B | SEE APPLICATION |

F4

APPLICANT INFORMATION

| | 1. ENTITY | 2. ENTRY NO. | 3. CITIZENSHIP | 4 NAME |
|---|---|---|---|---|
| 1st | SEE APPLICATION | | | |
| 2nd | | | | |
| 3rd | | | | |

F5

| ENTRY NO. | APPLICANT ADDRESS |
|---|---|
| 01 | SEE APPLICATION |
| 02 | |
| 03 | |

F6,7 CORRESPONDENCE ADDRESS (F6) and ATTORNEYS (F7) - SEE APPLICATION

F8

| ENTRY NO. | | | |
|---|---|---|---|
| 01 | COUNTRY CODE | FOREIGN APPLICATION NO. | FOREIGN FILING DATE |
| | FOREIGN REGISTRATION NO | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | RENEWAL REGISTRATION NO. | RENEWAL DATE | RENEWAL EXPIRATION DATE |
| 02 | COUNTRY CODE | FOREIGN APPLICATION NO. | FOREIGN FILING DATE |
| | FOREIGN REGISTRATION NO. | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE |

F9 PRIOR U.S. REGISTRATIONS - SEE APPLICATION

F10

| TEXT TYPE CODE | ADDITIONAL TEXT (SEE APPLICATION OR ENTER TEXT BELOW) |
|---|---|
| | |

EMPLOYEE NUMBER ΘH

USCOMM-DC 83-377

wysiwyg://QueryFrame.23/http://uspto-a-p...&apct=&apcti=&rgst=&rgsti=&submit=Search

# Assignment Data Not Available

## For Registration Number: 1337408

Search Results as of: 2/4/2005 4:19:33 P.M.

---

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723
Web interface last modified: Oct. 5, 2002

1 of 1

2/4/05 4:19 PM

56

FORM PTO-685
(REV. 2-75)

.'ARTMENT OF COMMERCE
...TENT AND TRADEMARK OFFICE

REG. NO. 1337408
SER. NO.

ASSIGNMENTS

[x] No previous assignments of record as of 01/30/80

[ ] See Title Record for ownership information prior to this record

Prior U.S. Cl.: B

United States Patent and Trademark Office

Amended/Corrected

Reg. No. 1,337,408
Registered May 21, 1985
OG Date Oct. 28, 1986

CERTIFICATION MARK
SERVICES
PRINCIPAL REGISTER

PG-13 PARENTS STRONGLY CAUTIONED
Some Material May Be Inappropriate for Children Under 13

MOTION PICTURE ASSOCIATION OF AMERICA, INC. (NEW YORK NON-PROFIT CORPORATION),
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

OWNER OF U.S. REG. NOS. 959,579, 1,170,739 AND OTHERS.

THE CERTIFICATION MARK, AS USED BY PERSONS AUTHORIZED, CERTIFIES THAT THE MOTION PICTURE FILM, OF THE RATING BOARD, CONTAINS MATERIAL AS TO NUDITY, LANGUAGE, SENSUALITY, TREATMENT OF THEME, AND VIOLENCE SUCH THAT PARENTS SHOULD EXERCISE CAUTION BEFORE ALLOWING THEIR CHILDREN UNDER THIRTEEN YEARS OF AGE TO ATTEND.

FOR: ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES, IN CLASS B

FIRST USE 8-1-1984; IN COMMERCE 8-1-1984.

SER. NO. 503,706, FILED 10-15-1984.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 28, 1986.*

COMMISSIONER OF PATENTS AND TRADEMARKS

MAIL ROOM
23 JUN 23 1986
PAT.& TRADE MARK OFF.

Section 7
1,337,408

APPLICANT– Motion Picture Association of America, Inc.

P.O. ADDRESS– 1133 Avenue of the Americas, New York, New York

DATE OF FIRST USE– August 1, 1984 COMMERCE– August 1, 1984

GOODS or SERVICES– Certification of entertainment services rendered through the medium of motion pictures

3-2106

PG-13 PARENTS STRONGLY CAUTIONED

Some Material May Be Inappropriate for Children Under 13

Andrew Baum, Esq.
Nims, Howes, Collison & Isner
500 Fifth Avenue
New York, New York 10110
(212) 382-1400





503706
503706

Applicant: Motion Picture Association of America, Inc.
P.O. Address: 522 Fifth Avenue, New York, New York 10036
Goods or Services: Certification of entertainment services rendered through the medium of motion pictures

Date of First Use and First Use in Commerce: At least as early as August 1, 1984

PG-13 Parents Are Strongly Cautioned to Give Special Guidance for Attendance of Children Under 13
Some Material May Be Inappropriate for Young Children

1337408

REGISTERED

PAT. & T.M. OFFICE

Void

Attorney: Andrew Baum and Nims, Howes, Collison & Isner
Address: 500 Fifth Avenue, New York, New York 10110 (212) 382-1400

PUBLISHED

7



503703
503706

Applicant: Motion Picture Association of America, Inc.
P.O. Address: 522 Fifth Avenue, New York, New York 10036
Goods or Services: Certification of entertainment services rendered through the medium of motion pictures

Date of First Use and First Use in Commerce: At least as early as August 1, 1984

**PG-13** Parents Are Strongly Cautioned to Give Special Guidance for Attendance of Children Under 13
Some Material May Be Inappropriate for Young Children

Attorney: Andrew Baum and Nims, Howes, Collison & Isner
Address: 500 Fifth Avenue, New York, New York 10110 (212) 382-1400

7

**STARTS FRIDAY, AUGUST 10th**

**HOLLYWOOD**
Pacific's Cinerama Dome 466-3401

**WESTWOOD**
Mann Village 208-5576

AND OTHER SPECIALLY SELECTED THEATRES

503706

ROOM

| 1. SER. NO. | 2. MARK |
|---|---|
| 73503707 | WHYE RECORDS     AND DESIGN |

3. APPLICANT
DAVIS, SOLOMON

4. ADDRESS
DAVIS, SOLOMON
400 S. BEVERLY DRIVE
BEVERLY HILLS, CALIF. 90212

FORM PTO-1293 (REV 6/84) U.S. DEPARTMENT OF COMM. Pat & TM Office

DAVIS, SOLOMON
400 S. BEVERLY DRIVE
BEVERLY HILLS, CALIF. 90212

| 1. SER. NO. | 2. MARK |
|---|---|
| 73503707 | WHYE RECORDS     AND DESIGN |

3. APPLICANT
DAVIS, SOLOMON

4. ADDRESS
DAVIS, SOLOMON
400 S. BEVERLY DRIVE
BEVERLY HILLS, CALIF. 90212

FORM PTO-1293 (REV 6/84) U.S. DEPARTMENT OF COMM. Pat & TM Office

DAVIS, SOLOMON
400 S. BEVERLY DRIVE
BEVERLY HILLS, CALIF. 90212

| 1. SER. NO. | 2. MARK |
|---|---|
| 73503707 | WHYE RECORDS     AND DESIGN |

3. APPLICANT
DAVIS, SOLOMON

4. ADDRESS
DAVIS, SOLOMON
400 S. BEVERLY DRIVE
BEVERLY HILLS, CALIF. 90212

FORM PTO-1293 (REV 6/84) U.S. DEPARTMENT OF COMM. Pat & TM Office

DAVIS, SOLOMON
400 S. BEVERLY DRIVE
BEVERLY HILLS, CALIF. 90212

503706

CLASS
B

**CONTENTS:**

*Application* ................ *papers.*

1. ...........................................
2. Request for Amdt. June 23, 1986
3. COMB. AFF. SEC 8 & 15. OCT 1990
4. Section 8 & 9 JAN 04 2005 CP
5. ...........................................
6. ...........................................
7. ...........................................
8. ...........................................
9. ...........................................
10. ...........................................
11. ...........................................
12. ...........................................
13. ...........................................
14. ...........................................
15. ...........................................
16. ...........................................
17. ...........................................
18. ...........................................
19. ...........................................
20. ...........................................
21. ...........................................
22. ...........................................
23. ...........................................
24. ...........................................
25. ...........................................
26. ...........................................
27. ...........................................
28. ...........................................
29. ...........................................
30. ...........................................

CAR
FILMED
TMSD

503706

1337408

| 1. REG. NO. 1337408 | 3. MARK PG-13 PARENTS ARE STRONGLY CAUTIONED TO GIVE SPECIAL GUIDANCE FOR ATTENDANCE OF CHILDREN UNDER 13 SOME MATERIAL MAY BE INAPPROPRIATE FOR YOUNG CHILDREN AND DESIGN | 4. SER. NO. 73/503706 |
|---|---|---|
| 2. REG. DATE MAY 21 1985 | | 5. REGISTER PRINCIPAL |

| 6. INTERNATIONAL CLASS | 7. PRIOR U.S. CLASS | 8. FILING DATE | 9. LAW OFFICE |
|---|---|---|---|
| 8 | 8 | 10/15/84 | 540 |

10. APPLICANT AND POST OFFICE
MOTION PICTURE ASSOCIATION OF AMERICA, INC.
522 FIFTH AVENUE
NEW YORK, NEW YORK 10036
CORPORATION OF NEW YORK

11. CORRESPONDENCE ADDRESS
Andrew Baum
Darby & Darby P.C.
805 Third Avenue
New York, NY 10022

16. EXAMINING ATTORNEY
~~Sharon Marsh #62508~~ Soroka 6/633

17. TYPE OF MARK
CERTIFICATION MARK

18. FIRST USE
ICL 8 08/01/1984

19. IN COMMERCE
ICL 8 08/01/1984

20. FOREIGN REG. AND APPL. DATA

15. GOODS—SERVICES
8-~~CERTIFICATION OF~~ ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES.

21. OTHER DATA U.S. REGS. 0959579, 1,170,739 ETC.

CS- See inside (statement)

AMENDMENT SEC. 7 10 25 86

CERTIFICATE OF CORRECTION 10 28 86

PTO-102L (REV. 12/82) U.S. DEPT. OF COMMERCE—PATENT AND TRADEMARK OFFICE

| 22. AMENDED | PRINCIPAL REGISTER | 25. Supervisory Examiner | |
|---|---|---|---|
| | | 26. Examiner | |
| 23. AFFIDAVIT | Section 8 C.R. Hill | 27. Passed for Publication | Jouna Soroka |
| | Section 15 C.R. Hill | 28. Passed for Registration | |
| | Section 12 C | 29. O.G. Date | PUBLISHED |
| 24. RENEWAL | Passed for Renewal James Dh | | |
| | Renewed From May 21, 2005 | | |
| | ☐ Less Goods | | |

PTO-102 (8-78) U.S. Dept. of Commerce-Patent and Trademark Office

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 1337408 SERIAL NO: 73/503706 MAILING DATE: 03/10/2005
REGISTRATION DATE: 05/21/1985
MARK: PG-13 PARENTS ARE STRONGLY CAUTIONED SOM ETC.
REGISTRATION OWNER: MOTION PICTURE ASSOCIATION OF

**CORRESPONDENCE ADDRESS:**
ANDREW BAUM
DARBY & DARBY PR
P.O. Box 5257
NEW YORK, NY 10150-5257

# NOTICE OF ACCEPTANCE

15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

************************************************

# NOTICE OF RENEWAL

15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

************************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
B .

LEE, HAROLD D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION

I) SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

II) SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.

PTO Form 1963 (Rev 9/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 1337408 |
| **REGISTRATION DATE** | 05/21/1985 |
| **SERIAL NUMBER** | 73503706 |
| **MARK SECTION** | |
| MARK | PG-13 PARENTS ARE STRONGLY CAUTIONED SOME MATERIAL MAY BE INAPPROPRIATE FOR CHILDREN UNDER 13 (stylized and/or with design) |
| **OWNER SECTION (current)** | |
| NAME | MOTION PICTURE ASSOCIATION OF AMERICA, INC. |
| STREET | 1133 AVENUE OF THE AMERICAS |
| CITY | NEW YORK |
| STATE | NY |
| ZIP/POSTAL CODE | 10036 |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | MOTION PICTURE ASSOCIATION OF AMERICA, INC. |
| STREET | 15503 Ventura Boulevard |
| CITY | Encino |
| STATE | CA |
| ZIP/POSTAL CODE | 91436 |
| COUNTRY | US |
| **ATTORNEY SECTION** | |
| NAME | Andrew Baum and Karin Segall |
| FIRM NAME | Draby & Darby P.C. |
| STREET | P.O. Box 5257 |
| CITY | New York |
| STATE | NY |
| ZIP/POSTAL CODE | 10150-5257 |
| COUNTRY | USA |
| PHONE | 212-527-7700 |
| FAX | 212-527-7701 |
| | |

| | |
|---|---|
| EMAIL | tmdocket@darbylaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET NUMBERS | 05869/3004000-US0 |
| DESIGN MARK FILE NAME(S) | http://tess2.uspto.gov/we baka/images/73503706.gif |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | B |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\735\037\73503706\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | advertisement |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL AMOUNT | 500 |
| **SIGNATURE SECTION** | |
| SIGNATORY FILE | Signature |
| SIGNATORY NAME | |
| SIGNATORY POSITION | |
| **FILING INFORMATION** | |
| SUBMIT DATE | Tue Jan 04 17:42:54 EST 2005 |
| TEAS STAMP | USPTO/S08N09-XXXXXXXXXXXX -20050104174254027081-133 7408-200ab468925ac7d2979f 99e7a8926a0cd26-CC-428-20 050104173931112484 |

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2006)

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

### To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 1337408
**REGISTRATION DATE:** 05/21/1985

**MARK:** PG-13 PARENTS ARE STRONGLY CAUTIONED SOME MATERIAL MAY BE INAPPROPRIATE FOR CHILDREN UNDER 13 (stylized and/or with design)

The owner, MOTION PICTURE ASSOCIATION OF AMERICA, INC., residing at 15503 Ventura Boulevard, Encino, CA US 91436, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class B, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) advertisement.
Specimen-1

The registrant hereby appoints Andrew Baum and Karin Segall of Draby & Darby P.C., P.O. Box 5257, New York, NY USA 10150-5257 to submit this Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9 on behalf of the registrant. The attorney docket/reference number is 05869/3004000-US0.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

**Section 8: Declaration of Use in Commerce**
*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signatory's Name: ______________________
Signatory's Position: ______________________
Signatory File: Signature

Mailing Address:
Draby & Darby P.C.
P.O. Box 5257
New York, NY 10150-5257

RAM Sale Number: 428
RAM Accounting Date: 01/05/2005

Serial Number: 73503706

Internet Transmission Date: Tue Jan 04 17:42:54 EST 2005
TEAS Stamp: USPTO/S08N09-XXXXXXXXXXXX-20050104174254
027081-1337408-200ab468925ac7d2979f99e7a
8926a0cd26-CC-428-20050104173931112484

Extend the movie experience with The Chronicles of Riddi
DARK FUR
Exclusively on DV
JUNE 15TH
VIN DIESEL
THE CHRONICLES OF
RIDDICK
THANDIE NEWTON KARL URBAN COLM FEORE JUDI DENCH
UNIVERSAL PICTURES PRESENTS A RADAR PICTURES/ONE RACE FILMS PRODUCTION A DAVID TWOHY FILM VIN DIESEL "THE CHRONICLES OF RIDDICK" THANDIE NEWTON KARL URBAN COLM FEORE LINUS ROACHE
KEITH DAVID YORICK VAN WAGENINGEN ALEXA DAVALOS NICK CHINLUND AND JUDI DENCH MUSIC BY GRAEME REVELL CO-EXECUTIVE PRODUCER TOM ENGELMAN VISUAL EFFECTS SUPERVISOR PETER CHIANG COSTUME DESIGNERS ELLEN MIROJNICK MICHAEL DENNISON
SOUNDTRACK ON VARESE SARABANDE EDITORS MARTIN HUNTER DENNIS VIRKLER ACE PRODUCTION DESIGNER HOLGER GROSS DIRECTOR OF PHOTOGRAPHY HUGH JOHNSON EXECUTIVE PRODUCERS TED FIELD GEORGE ZAKK DAVID WOMARK BASED ON CHARACTERS CREATED BY JIM & KEN WHEAT
PG-13 PARENTS STRONGLY CAUTIONED
INTENSE SEQUENCES OF VIOLENT ACTION AND SOME LANGUAGE
For rating reasons, go to www.filmratings.com
PRODUCED BY SCOTT KROOPF VIN DIESEL WRITTEN AND DIRECTED BY DAVID TWOHY
www.thechroniclesofriddick.com
A UNIVERSAL PICTURE
© 2004 UNIVERSAL STUDIOS

APPLICANT NAME: MOTION PICTURE ASSOCIATION OF AMERICA, INC.
MARK: PG-13 PARENTS ARE STRONGLY CAUTIONED SOME MATERIAL MAY BE INAPPROPRIATE FOR CHILDREN UNDER 13 (stylized or with design)

**Declaration**

**Section 8: Declaration of Use in Commerce**
*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: [signature] Date: 29 DEC 2004
Signatory's Name: GREGORY P. GOECKNER
Signatory's Position: VP, DEPUTY GENERAL COUNSEL

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:** 1337408

**Serial Number:** 73503706

**RAM Sale Number: 428**

**RAM Accounting Date: 20050105**

**Total Fees:** $500

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20050104 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20050104 | $400 | 1 | $400 |

Physical Location: 900 - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): False

**Transaction Date:** 20050104

Extend the movie experience with The Chronicles of Riddi
DARK FUR
Exclusively on DV
JUNE 15TH
VIN DIESEL
THE CHRONICLES OF
RIDDICK
THANDIE NEWTON KARL URBAN COLM FEORE JUDI DENCH

W.H. 200-311-TM #3

5869/34000

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

EXPRESS MAIL CERTIFICATE

Date 10/10/90 Label No. LB042973260

I hereby certify that, on the date indicated above I deposited this paper or fee with the U.S. Postal Service & that it was addressed for delivery to the Commissioner of Patents & Trademarks, Washington, DC 20231 by "Express Mail Post Office to Addressee" service.

Reynald Romain — Name (Print)

Reynald Romain — Signature

In re

Registrant: Motion Picture Association of America, Inc.

Registration No. 1,337,408

Registered: May 21, 1985

Trademark: PG-13 PARENTS STRONGLY CAUTIONED...
In Rectangle Design

DECLARATION UNDER SECTIONS 8 AND 15

I, Walter J. Josiah, Jr., declare:

That I am an officer of registrant, and am authorized to execute this declaration on behalf of said corporation, that said corporation is the owner of Registration No. 1,337,408 issued May 21, 1985, as shown by the records of the Patent and Trademark Office; that the mark described therein has been in continuous use in interstate commerce by persons authorized by registrant for five consecutive years from the date of the registration to the present, on or in connection with the certification of each of the following services stated in the registration: ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES, in Class B;

That such mark is still in use in such commerce as evidenced by a specimen showing present use of the mark attached hereto; that there has been no final decision adverse to registrant's claim of ownership of such mark for such services, or to registrant's right to register the same or to keep the same

090 BR 10/17/90 1337408 0 311 200.00 CK

on the register, and that there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts.

The undersigned registrant hereby appoints Andrew Baum, Joseph B. Lerch, and Melvin C. Garner, all members of the Bar of the State of New York, with offices at Darby & Darby P.C., 805 Third Avenue, New York, New York 10022, his attorneys, each with full power of association, revocation and substitution, to file this declaration and to transact all business in the Patent and Trademark Office in connection therewith, all correspondence to be sent to them at their foregoing address.

All statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true; and further, all of the statements herein were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment or both under Section 1001 of Title 18 of the U. S. Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

MOTION PICTURE ASSOCIATION OF AMERICA, INC.

Date: Oct 5 1990

By: [signature]
Title: Executive Vice President and General Counsel

HURSDAY, OCTOBER 4, 1990
"A LANDMARK. WARM, FUNNY AND COMPELLING."
— Susan Granger, AMERICAN MOVIE CLASSICS
LISTEN UP
THE LIVES OF QUINCY JONES
"TERRIFIC! EXCEPTIONAL!"
— Jay Scott, TORONTO GLOBE & MAIL
"CAPTIVATING. MOVING. SEE IT."
— Charla Krupp, GLAMOUR
"A MUSICAL TRIP THAT WILL KNOCK YOUR SOCKS OFF. WONDERFULLY WARM."
— Roy Leonard, WGN Radio/TV (Chicago)
"ASTONISHING AND MESMERIZING."
— Brian D. Johnson, MACLEAN'S MAGAZINE
"DYNAMIC AND IRRESISTIBLE."
— Lynn Samuels, WBAI Radio (New York)
WARNER BROS. PRESENTS A COURTNEY SALE ROSS PRODUCTION LISTEN UP: THE LIVES OF QUINCY JONES
PG-13 PARENTS STRONGLY CAUTIONED
COURTNEY SALE ROSS
ELLEN WEISSBROD
DOLBY STEREO
WARNER BROS.

**EXCLUSIVE ENGAGEMENT BEGINS TOMORROW**

Group Sales Available. Phone: (800) 926-9950 for Information.

CITY CINEMAS
**CINEMA 2**
3rd Ave. & 60th St.
753-6022

**LOEWS 84TH ST. SIX**
B'way & 84th St.
877-3600

CINEPLEX ODEON
**CHELSEA CINEMAS**
23rd St. Bet. 7th & 8th Aves.
691-4744

DOLBY STEREO

EXPRESS MAIL CERTIFICATE

Date 10/10/90 Label No. LB042973260

I hereby certify that, on the date indicated above I deposited this paper or fee with the U.S. Postal Service & that it was addressed for delivery to the Commissioner of Patents & Trademarks, Washington, DC 20231 by 'Express Mail Post Office to Addressee' service.

MAIL ROOM OCT 10 1990 PAT. & TRADEMARK OFF. 39

Reynald Romain — Name (Print)

[signature] — Signature

File No. 5869/34000 (LBL/4)

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Registration of: Motion Picture Association of America, Inc.

Registration No: 1,337,408

Registered: May 21, 1985

Trademark: PG-13 PARENTS STRONGLY CAUTIONED... In Rectangle Design

---

Hon. Commissioner of
Patents and Trademarks
Washington, DC 20231

Sir:

Submission of Sections 8 and 15 Declaration

We transmit herewith a combined Declaration under Sections 8 and 15 of the Trademark Act of 1946, in connection with the above-identified registration, in accordance with 37 C.F.R. §§ 2.162 and 2.167. We also enclose a specimen showing use of the mark in each class, and a check for $200.00 ($200.00 for each class).

Please charge any additional costs to our Deposit Account No. 04-0100.

Respectfully submitted,

DARBY & DARBY P.C.

Attorney: Andrew Baum

DARBY & DARBY P.C.
805 Third Avenue
New York, NY 10022
(212) 697-7660
October 10, 1990

Prior U.S. Cl.: B

Reg. No. 1,337,408

# United States Patent and Trademark Office

Registered May 21, 1985

## CERTIFICATION MARK
## PRINCIPAL REGISTER

| PG-13 | Parents Are Strongly Cautioned to Give Special Guidance for Attendance of Children Under 13 |
|---|---|
| Some Material May Be Inappropriate for Young Children | |

MOTION PICTURE ASSOCIATION OF AMERICA, INC. (NEW YORK CORPORATION)
522 FIFTH AVE.
NEW YORK, NY 10036

FOR: ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES, IN CLASS B (U.S. CL. B).

FIRST USE 8-1-1984; IN COMMERCE 8-1-1984.

OWNER OF U.S. REG. NOS. 959,579, 1,170,739 AND OTHERS.

THE CERTIFICATION MARK, AS USED BY PERSONS AUTHORIZED, CERTIFIES THAT THE MOTION PICTURE FILM, OF THE RATING BOARD, CONTAINS MATERIAL AS TO NUDITY, LANGUAGE, SENSUALITY, TREATMENT OF THEME, AND VIOLENCE SUCH THAT PARENTS SHOULD EXERCISE CAUTION BEFORE ALLOWING THEIR CHILDREN UNDER THIRTEEN YEARS OF AGE TO ATTEND.

SER. NO. 503,706, FILED 10-15-1984.

DAVID SOROKA, EXAMINING ATTORNEY

Prior U.S. Cl.: B

Reg. No. 1,337,408

# United States Patent and Trademark Office

Registered May 21, 1985

## CERTIFICATION MARK
## PRINCIPAL REGISTER

| PG-13 | Parents Are Strongly Cautioned to Give Special Guidance for Attendance of Children Under 13 |
|---|---|
| Some Material May Be Inappropriate for Young Children | |

MOTION PICTURE ASSOCIATION OF AMERICA, INC. (NEW YORK CORPORATION)
522 FIFTH AVE.
NEW YORK, NY 10036

FOR: ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES, IN CLASS B (U.S. CL. B).

FIRST USE 8-1-1984; IN COMMERCE 8-1-1984.

OWNER OF U.S. REG. NOS. 959,579, 1,170,739 AND OTHERS.

THE CERTIFICATION MARK, AS USED BY PERSONS AUTHORIZED, CERTIFIES THAT THE MOTION PICTURE FILM, OF THE RATING BOARD, CONTAINS MATERIAL AS TO NUDITY, LANGUAGE, SENSUALITY, TREATMENT OF THEME, AND VIOLENCE SUCH THAT PARENTS SHOULD EXERCISE CAUTION BEFORE ALLOWING THEIR CHILDREN UNDER THIRTEEN YEARS OF AGE TO ATTEND.

SER. NO. 503,706, FILED 10-15-1984.

DAVID SOROKA, EXAMINING ATTORNEY

# EXHIBIT 2

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*
ESTTA Tracking number: **ESTTA314969**
Filing date: **11/03/2009**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | Motion Picture Association of America, Inc. |
|---|---|
| Granted to Date of previous extension | 11/04/2009 |
| Address | 15301 Ventura Boulevard, Building E<br>Sherman Oaks, CA 91403<br>UNITED STATES |

| Attorney information | Andrew Baum<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016<br>UNITED STATES<br>ptomailnewyork@foley.com, abaum@foley.com, emarmo@foley.com<br>Phone:212-3383527 |
|---|---|

## Applicant Information

| Application No | 77520715 | Publication date | 07/07/2009 |
|---|---|---|---|
| Opposition Filing Date | 11/03/2009 | Opposition Period Ends | 11/04/2009 |
| Applicant | Elgort, Stephen<br>1627 Ocean Boulevard<br>Atlantic Beach, NY 11509<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

| Class 035. First Use: 2008/04/00 First Use In Commerce: 2008/05/00<br>All goods and services in the class are opposed, namely: Creation, preparation and display of advertising, commercials and promotional materials for others |
|---|

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|---|---|
| Dilution | Trademark Act section 43(c) |

## Marks Cited by Opposer as Basis for Opposition

| U.S. Registration No. | 1169742 | Application Date | 07/30/1979 |
|---|---|---|---|
| Registration Date | 09/15/1981 | Foreign Priority Date | NONE |
| Word Mark | PG | | |

| Design Mark | PG |
|---|---|
| Description of Mark | NONE |
| Goods/Services | Class B. First use: First Use: 1972/02/01 First Use In Commerce: 1972/02/01<br>Entertainment Services Rendered Through the Medium of Motion Pictures |

| U.S. Registration No. | 1136496 | Application Date | 09/06/1977 |
|---|---|---|---|
| Registration Date | 05/27/1980 | Foreign Priority Date | NONE |
| Word Mark | PG PARENTAL GUIDANCE SUGGESTED SOME MATERIAL MAY NOT BE SUITABLE FOR CHILDREN | | |
| Design Mark | PG PARENTAL GUIDANCE SUGGESTED SOME MATERIAL MAY NOT BE SUITABLE FOR CHILDREN | | |
| Description of Mark | NONE | | |
| Goods/Services | Class B. First use: First Use: 1977/08/10 First Use In Commerce: 1977/08/10<br>ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES | | |

| U.S. Registration No. | 1439617 | Application Date | 05/27/1986 |
|---|---|---|---|
| Registration Date | 05/12/1987 | Foreign Priority Date | NONE |
| Word Mark | RATED PG | | |
| Design Mark | | | |
| Description of Mark | NONE | | |
| Goods/Services | Class B. First use: First Use: 1972/02/00 First Use In Commerce: 1972/02/00<br>CERTIFICATION OF THE CONTENT OF ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES | | |

| Attachments | 73225356#TMSN.gif ( 1 page )( bytes ) |
|---|---|

| | |
|---|---|
| | 73139948#TMSN.gif ( 1 page )( bytes )<br>NOTICE OF OPPOSITION.PDF ( 6 pages )(51997 bytes ) |

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| | |
|---|---|
| Signature | /Andrew Baum/ |
| Name | Andrew Baum |
| Date | 11/03/2009 |

File No.: 092969-7000

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

-------------------------------------------------------------x

MOTION PICTURE ASSOCIATION OF AMERICA, INC.,

Opposer,

v.

STEPHEN ELGORT,

Applicant.

-------------------------------------------------------------x

Opposition No. [To be Assigned]

**NOTICE OF OPPOSITION**

In the matter of the trademark application of Stephen Elgort ("Applicant") for registration of PG TV and Design, Application Serial No. 77/520,715, filed on July 12, 2008 and published in the *Official Gazette* of July 7, 2009 (the "Application"), the time for filing a Notice of Opposition having been previously extended to November 4, 2009, Motion Picture Association of America, Inc. ("Opposer"), a New York corporation, with an address at 15301 Ventura Boulevard, Building E, Sherman Oaks, California 91403, believes it will be damaged by registration of PG TV and Design by Applicant and hereby opposes same.

As grounds for the Opposition, Opposer alleges:

1. Continuously since 1968, Opposer has, through its Classification and Rating Administration (CARA), administered a motion picture rating system. The purpose of this rating system is to provide advance information for parents to make judgments on movies

they want their children to see or not to see, without thwarting the freedom of film makers to tell their stories without censorship or interference.  Under this system, any motion picture may be submitted and rated according to such criteria as themes, language, nudity and sensuality, and violence.  Based upon these criteria, a film may be issued with one of five ratings:

| | |
|---|---|
| G | General Audiences, All Ages Admitted |
| PG | Parental Guidance Suggested; Some Material May Not Be Suitable For Children |
| PG-13 | Parents Strongly Cautioned; Some Materials May Be Inappropriate For Children Under 13 |
| R | Restricted, Under 17 Requires Accompanying Parent or Guardian |
| NC-17 | No Children Under 17 admitted |

2.      Continuously since long prior to the filing date of the Application, Opposer has exclusively used the rating symbols G, PG, PG-13, R and NC-17, with and without their explanatory legends, to certify, according to their content, motion pictures produced and distributed by others.  The trade and public recognize those rating symbols and legends as certifying motion pictures of a certain content, and those symbols and legends are certification marks owned by Opposer.

3.      Opposer is the owner of U.S. Registration No. 1,169,742 for the certification mark PG in Design for certifying "entertainment services rendered through the medium of motion pictures."  Registration No. 1,169,742 is valid and in full force and effect, and is incontestable pursuant to Sections 8 and 15 of the Trademark Act.

4.    Opposer is also the owner of U.S. Registration No. 1,136,496 for the certification mark PG PARENTAL GUIDANCE SUGGESTED . . . in Rectangle Design, and Registration No. 1,439,617 for the certification mark RATED PG, each covering certification of "entertainment services rendered through the medium of motion pictures." These registrations are valid and in full force and effect, and are incontestable pursuant to Sections 8 and 15 of the Trademark Act. The certification marks PG, PG PARENTAL GUIDANCE SUGGESTED in Design and RATED PG shall be referred collectively hereafter as "Opposer's PG Marks."

5.    Opposer's PG Marks are extremely well known throughout the United States among the general public. Since 1968, more than 4,000 films have received a "PG" rating from MPAA. More than a billion movie tickets are sold in the United States every year, so Opposer's PG Marks are seen by millions of people every day in theaters. Rating certificates are issued by CARA on the condition that all advertising and publicity material for the rated motion picture conform to Opposer's Advertising, Administration Rules, which in turn requires that all such advertising and publicity material, including posters, lobby cards, and media advertising, bear the appropriate rating symbol in proper form. In addition, home video versions of rated motion pictures bear the appropriate rating symbol. Consequently, Opposer's PG Marks have been exposed to the general public countless times.

6.    As a result, Opposer's PG Marks have acquired great recognition and renown and the public has come to recognize said marks as signifying Opposer exclusively.

7.    As a result of the activities described above, Opposer's PG Marks have become famous as defined under 15 U.S.C. § 43(c)(1), have acquired great recognition and

renown, and the relevant trade and public have come to recognize those marks as signifying Opposer exclusively.

8.    Opposer's PG Marks were famous prior to the date on which the Application was filed.

9.    Applicant is seeking registration of the mark PG TV in a design shown below:



10.    The Application covers "creation, preparation and display of advertising, commercials and promotional materials for others" ("Applicant's Services").

11.    The specimen submitted in support of the Application makes clear that the commercial videos provided by Applicant are designed for parents seeking services for their children.  Such services are within the scope of Applicant's Services.  The use of a "PG" mark in connection with such services, which are closely related to motion picture entertainment services, will lead parents and the general public to believe that Applicant's Services are put out by Opposer or are sponsored, endorsed or licensed by Opposer.

12.    Upon information and belief, Applicant chose Applicant's Mark in a bad faith attempt to capitalize upon the wide recognition and acceptance of Opposer's PG Marks and to gain instant recognition and brand equity for its services by riding the coattails of Opposer's famous PG Marks.

13. Applicant's claimed trademark as Applicant's Services is so similar to Opposer's PG Marks as to be likely to create confusion, mistake or deception in violation of Section 2(d) of the Trademark Act, all to the damage of Opposer.

14. Applicant's claimed trademark dilutes the distinctive quality of Opposer's PG Marks, in violation of Section 43(c)(1) of the Trademark Act, all to the damage of Opposer.

WHEREFORE, Opposer believes that it will be damaged by the registration of the claimed trademark in the Application and prays that such registration be denied. The required fee of $300.00 is being submitted with this Notice of Opposition. Please charge any additional costs to our Deposit Account 19-0741.

Dated: November 3, 2009

Respectfully submitted,

FOLEY & LARDNER LLP

By [signature]
Andrew Baum
Attorneys for Opposer

90 Park Avenue
New York, NY 10016-1314
(212) 338-3527

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing NOTICE OF OPPOSITION, was served by first class mail, postage prepaid to:

Brian Gibbons, Esq.
3936 S Semoran Blvd Ste 330
Orlando, FL 32822-4015

attorneys for Applicant, this 3rd day of November, 2009.

[signature]

# EXHIBIT 3

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*
ESTTA Tracking number: **ESTTA451419**
Filing date: **01/17/2012**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | MOTION PICTURE ASSOCIATION OF AMERICA, INC. |
|---|---|
| Granted to Date of previous extension | 01/18/2012 |
| Address | 15301 Ventura BoulevardBuilding E<br>Sherman Oaks, CA 91403<br>UNITED STATES |

| Attorney information | Andrew Baum<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016<br>UNITED STATES<br>ptomailnewyork@foley.com, abaum@foley.com, emarmo@foley.com<br>Phone:212-338-3527 |
|---|---|

## Applicant Information

| Application No | 85297285 | Publication date | 09/20/2011 |
|---|---|---|---|
| Opposition Filing Date | 01/17/2012 | Opposition Period Ends | 01/18/2012 |
| Applicant | PG-13 Inc<br>123 Claus Ave<br>Pittsburgh, PA 15227<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

| Class 016.<br>All goods and services in the class are opposed, namely: Magazines in the field of art, music, photography, modeling, fashion, vehicles, sports, video games, electronics, clothing and accessories, and dance |
|---|

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|---|---|
| Dilution | Trademark Act section 43(c) |

## Marks Cited by Opposer as Basis for Opposition

| U.S. Registration No. | 1337409 | Application Date | 10/15/1984 |
|---|---|---|---|
| Registration Date | 05/21/1985 | Foreign Priority Date | NONE |

| | |
|---|---|
| Word Mark | PG-13 |
| Design Mark | PG-13 |
| Description of Mark | NONE |
| Goods/Services | Class B. First use: First Use: 1984/08/01 First Use In Commerce: 1984/08/01 ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 1337408 | Application Date | 10/15/1984 |
| Registration Date | 05/21/1985 | Foreign Priority Date | NONE |
| Word Mark | PG-13 PARENTS ARE STRONGLY CAUTIONED SOME MATERIAL MAY BE INAPPROPRIATE FOR CHILDREN UNDER 13 | | |
| Design Mark | PG-13 PARENTS STRONGLY CAUTIONED Some Material May Be Inappropriate for Children Under 13 | | |
| Description of Mark | NONE | | |
| Goods/Services | Class B. First use: First Use: 1984/08/01 First Use In Commerce: 1984/08/01 ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 1439619 | Application Date | 05/27/1986 |
| Registration Date | 05/12/1987 | Foreign Priority Date | NONE |
| Word Mark | RATED PG-13 | | |
| Design Mark | | | |
| Description of Mark | NONE | | |
| Goods/Services | Class B. First use: First Use: 1984/08/00 First Use In Commerce: 1984/08/00 CERTIFICATION OF THE CONTENT OF ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES | | |

| | |
|---|---|
| Attachments | 73503772#TMSN.gif ( 1 page )( bytes )<br>73503706#TMSN.gif ( 1 page )( bytes )<br>NOTICE OF OPPOSITION - MPAA V. PG-13.pdf ( 6 pages )(62128 bytes ) |

**Certificate of Service**

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /Andrew Baum/ |
|---|---|
| Name | Andrew Baum |
| Date | 01/17/2012 |

File No.: 092969-7xxx

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | |
|---|---|
| MOTION PICTURE ASSOCIATION OF AMERICA, INC., Opposer, v. PG-13 INC., Applicant. | Opposition No. [To be Assigned]<br>Application Serial No. 85/297,285 |

**NOTICE OF OPPOSITION**

In the matter of the trademark application of PG-13 Inc. ("Applicant") for registration of PG-13, Application Serial No. 85/297,285, filed on April 18, 2011 and published in the *Official Gazette* of September 20, 2011 (the "Application"), the time for filing a Notice of Opposition having been previously extended to January 18, 2012, Motion Picture Association of America, Inc. ("Opposer"), a New York corporation, with an address at 15301 Ventura Boulevard, Building E, Sherman Oaks, California 91403, believes it will be damaged by registration of PG-13 by Applicant and hereby opposes same.

As grounds for the Opposition, Opposer alleges:

1. Continuously since 1968, Opposer has, through its Classification and Rating Administration (CARA), administered a motion picture rating system. The purpose of this rating system is to provide advance information for parents to make judgments on movies

they want their children to see or not to see, without thwarting the freedom of filmmakers to tell their stories without censorship or interference. Under this system, any motion picture may be submitted and rated according to such criteria as themes, language, nudity and sensuality, and violence. Based upon these criteria, a film may be issued with one of five ratings:

| | |
|---|---|
| G | General Audiences, All Ages Admitted |
| PG | Parental Guidance Suggested; Some Material May Not Be Suitable For Children |
| PG-13 | Parents Strongly Cautioned; Some Materials May Be Inappropriate For Children Under 13 |
| R | Restricted, Under 17 Requires Accompanying Parent or Guardian |
| NC-17 | No Children Under 17 admitted |

2. Continuously since long prior to the filing date of the Application, Opposer has exclusively used the rating symbols G, PG, PG-13, R and NC-17, with and without their explanatory legends, to certify, according to their content, motion pictures produced and distributed by others. The trade and public recognize those rating symbols and legends as certifying motion pictures of a certain content, and those symbols and legends are certification marks owned by Opposer.

3. Opposer is the owner of U.S. Registration No. 1,337,409 for the certification mark PG-13 for certifying "entertainment services rendered through the medium of motion pictures." Registration No. 1,337,409 is valid and in full force and effect, and is incontestable pursuant to Sections 8 and 15 of the Trademark Act.

4. Opposer is also the owner of U.S. Registration No. 1,337,408 for the certification mark PG-13 PARENTS STRONGLY CAUTIONED . . . in Rectangle Design, and Registration No. 1,439,619 for the certification mark RATED PG-13, each covering certification of "entertainment services rendered through the medium of motion pictures." These registrations are valid and in full force and effect, and are incontestable pursuant to Sections 8 and 15 of the Trademark Act. The certification marks PG-13, PG-13 PARENTS STRONGLY CAUTIONED . . . and RATED PG-13 shall be referred collectively hereafter as "Opposer's PG-13 Marks."

5. Opposer's PG-13 Marks, which were first used in 1984, are extremely well known throughout the United States among the general public. Since 1984, over 3,700 films have received a "PG-13" rating from MPAA. More than a billion movie tickets are sold in the United States every year, so Opposer's PG-13 Marks are seen by millions of people every day in theaters. Rating certificates are issued by CARA on the condition that all advertising and publicity material for the rated motion picture conform to Opposer's Advertising Administration Rules, which in turn requires that all such advertising and publicity material, including posters, lobby cards, and media advertising, bear the appropriate rating symbol in proper form. In addition, home video versions of rated motion pictures bear the appropriate rating symbol. Consequently, Opposer's PG-13 Marks have been exposed to the general public countless times.

6. As a result, Opposer's PG-13 Marks have acquired great recognition and renown and the public has come to recognize said marks as signifying Opposer exclusively.

7. As a result of the activities described above, Opposer's PG-13 Marks have become famous as defined under 15 U.S.C. § 43(c)(1), have acquired great recognition and renown, and the relevant trade and public have come to recognize those marks as signifying Opposer exclusively.

8. Opposer's PG-13 Marks were famous prior to the date on which the Application was filed.

9. Applicant is seeking registration of the mark PG-13.

10. The Application covers "magazines in the field of art, music, photography, modeling, fashion, vehicles, sports, videogames, electronics, clothing and accessories, and dance" ("Applicant's Goods").

11. Upon information and belief, Applicant chose Applicant's Mark in a bad faith attempt to capitalize upon the wide recognition and acceptance of Opposer's PG-13 Marks and to gain instant recognition and brand equity for its magazine by riding the coattails of Opposer's famous PG-13 Marks.

12. Applicant's claimed trademark, as applied to Applicant's Goods, is so similar to Opposer's PG-13 Marks as to be likely to create confusion, mistake or deception in violation of Section 2(d) of the Trademark Act, all to the damage of Opposer.

13. Applicant's claimed trademark dilutes the distinctive quality of Opposer's PG-13 Marks, in violation of Section 43(c)(1) of the Trademark Act, all to the damage of Opposer.

WHEREFORE, Opposer believes that it will be damaged by the registration of the claimed trademark in the Application and prays that such registration be denied. The

required fee of $300.00 is being submitted with this Notice of Opposition. Please charge any additional costs to our Deposit Account 19-0741.

Dated: January 17, 2012

Respectfully submitted,

FOLEY & LARDNER LLP

By_______________
Andrew Baum
Attorneys for Opposer

90 Park Avenue
New York, NY 10016-1314
(212) 338-3527

**CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing NOTICE OF OPPOSITION, was served by first class mail, postage prepaid to:

Noah Cohen
PG-13 Inc
123 Claus Ave
Pittsburgh, PA 15227-1909

authorized agent for Applicant, this 17th day of January, 2012.

# EXHIBIT 4

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*
ESTTA Tracking number: **ESTTA728285**
Filing date: **02/19/2016**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | Motion Picture Association of America, Inc. | | |
|---|---|---|---|
| Entity | Corporation | Citizenship | New York |
| Address | 15301 Ventura Boulevard Building E<br>Sherman Oaks, CA 91403<br>UNITED STATES | | |

| Attorney information | Robert S. Weisbein<br>Foley & Lardner LLP<br>3000 K Street N.W., Suite 600<br>Washington, DC 20007-5109<br>UNITED STATES<br>IPDOCKETING@FOLEY.COM, rweisbein@foley.com, abaum@foley.com, emarmo@foley.com Phone:212-338-3528 |
|---|---|

## Applicant Information

| Application No | 86760588 | Publication date | 02/09/2016 |
|---|---|---|---|
| Opposition Filing Date | 02/19/2016 | Opposition Period Ends | 03/10/2016 |
| Applicant | Sosnowski, Matthew Joseph<br>24 Johnson street<br>Middletown, CT 06457<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

Class 025. First Use: 0 First Use In Commerce: 0
All goods and services in the class are opposed, namely: Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|---|---|
| Dilution by blurring | Trademark Act section 43(c) |

## Marks Cited by Opposer as Basis for Opposition

| U.S. Registration No. | 1436926 | Application Date | 05/27/1986 |
|---|---|---|---|
| Registration Date | 04/14/1987 | Foreign Priority Date | NONE |
| Word Mark | RATED R | | |
| Design Mark | | | |

| | |
|---|---|
| Description of Mark | NONE |
| Goods/Services | Class B. First use: First Use: 1970/03/00 First Use In Commerce: 1970/03/00<br>ENTERTAINMENT SERVICES RENDERED THROUGHTHE MEDIUM OF MOTION PICTURES |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 959580 | Application Date | 04/13/1972 |
| Registration Date | 05/22/1973 | Foreign Priority Date | NONE |
| Word Mark | R RESTRICTED UNDER 17 REQUIRES ACCOMPANYING PARENT OR ADULT GUARDIAN | | |
| Design Mark | R RESTRICTED UNDER 17 REQUIRES ACCOMPANYING PARENT OR ADULT GUARDIAN | | |
| Description of Mark | NONE | | |
| Goods/Services | Class B. First use: First Use: 1970/03/01 First Use In Commerce: 1970/03/01<br>ENTERTAINMENT SERVICES RENDERED THROUGHTHE MEDIUM OF MOTION PICTURE. | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 1170739 | Application Date | 07/30/1979 |
| Registration Date | 09/22/1981 | Foreign Priority Date | NONE |
| Word Mark | R | | |
| Design Mark | R | | |
| Description of | NONE | | |

| Mark | |
|---|---|
| Goods/Services | Class B. First use: First Use: 1970/03/01 First Use In Commerce: 1970/03/01 Entertainment Services Rendered Throughthe Medium of Motion Pictures |

| Attachments | 72421218#TMSN.png( bytes )<br>73225310#TMSN.png( bytes )<br>NOTICE OF OPPOSITION-MPAA V. SOSNOWSKI-RATED R FOR RIPPED.pdf(217858 bytes ) |
|---|---|

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /Robert S. Weisbein/ |
|---|---|
| Name | Robert S. Weisbein |
| Date | 02/19/2016 |

File No.: 092969-7008

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| MOTION PICTURE ASSOCIATION OF AMERICA, INC., *Opposer*, | ) OPPOSITION NO. [To be Assigned] |
| v. | ) |
| MATTHEW JOSEPH SOSNOWSKI, *Applicant*. | ) Serial No. 86/760,588 |

----------------------------------------

## NOTICE OF OPPOSITION

In the matter of the application of Matthew Joseph Sosnowski ("Applicant") for registration of RATED "R" FOR RIPPED ("Applicant's Mark"), Application Serial No. 86/760,588, filed on September 17, 2015 and published in the *Official Gazette* of February 9, 2016 (the "Application"), Motion Picture Association of America, Inc. ("Opposer"), a New York corporation, with an address at 15301 Ventura Boulevard, Building E. Sherman Oaks, CA 91403, believes it will be damaged by registration of Applicant's Mark and hereby opposes same.

As grounds for the Opposition, Opposer alleges:

1. Continuously since 1968, Opposer has, through its Classification and Rating Administration (CARA), administered a motion picture rating system. The purpose of this rating system is to provide advance information for parents to make judgments on movies

they want their children to see or not to see, without thwarting the freedom of film makers to tell their stories without censorship or interference. Under this system, any motion picture may be submitted and rated according to such criteria as themes, language, nudity and sensuality, and violence. Based upon these criteria, a film may be issued with one of five ratings:

| | |
|---|---|
| G | General Audiences, All Ages Admitted |
| PG- | Parental Guidance Suggested; Some Material May Not Be Suitable For Children |
| PG-13 | Parents Strongly Cautioned; Some Material May Be Inappropriate For Children Under 13 |
| R | Restricted, Under 17 Requires Accompanying Parent or Guardian |
| NC-17 | No Children Under 17 Admitted |

Continuously since long prior to the filing date of the Application, Opposer has exclusively used the rating symbols G, PG, PG-13, R and NC-17, with and without their explanatory legends, to certify, according to their content, motion pictures produced and distributed by others. The trade and public recognize those ratings symbols and legends as certifying motion pictures of a certain content, and those symbols and legends are certification marks owned by Opposer.

2. Opposer is the owner of U.S. Registration No. 1,436,926 for the certification mark RATED R, U.S. Registration No. 959,580 for the certification mark R RESTRICTED…in Rectangle Design, and U.S. Registration No. 1,170,739 for the certification mark "R in Box" design, all for certifying "entertainment services rendered through the medium of motion pictures." Each of these registrations is incontestable, valid, and in full force and effect. The marks described in this paragraph shall be referred to hereafter as "Opposer's RATED R Marks."

3. Opposer's RATED R Marks are extremely well known among the general public. Since 1968, more than 16,000 films have received an "R" rating from MPAA. More than a billon movie tickets are sold in the United States every year, so Opposer's RATED R Marks are seen by millions of people every day in theaters. Rating certificates are issued by CARA on the condition that all advertising and publicity material for the rated motion picture conform to Opposer's Advertising Administration Rules, which in turn require that all such advertising and publicity material, including posters, lobby cards, and media advertising, bear the appropriate rating symbol in proper form. In addition, home video versions of rated motion pictures, and motion pictures broadcast or streamed through television, cable and authorized online services, bear the appropriate rating symbol. Consequently, Opposer's RATED R Marks have been exposed to the general public countless times.

4. As a result, Opposer's RATED R Marks have acquired great recognition and renown and the public has come to recognize said marks as signifying Opposer exclusively. Indeed, upon information and belief, the term RATED R has no meaning other than as a reference to Opposer's motion picture rating.

5. As a result of the activities described above, Opposer's RATED R Marks have become famous as defined under 15 U.S.C. § 43(c)(1), has acquired great recognition and renown, and the relevant trade and public have come to recognize the mark RATED R as signifying Opposer exclusively.

6. The fame of Opposer's RATED R Marks was acknowledged by this Board in its prior decision sustaining an opposition to RATED R SPORTSWEAR for wearing apparel, in *Motion Picture Association of America, Inc. v. Respect Sportswear, Inc.*, Opposition No. 91153141, 83 U.S.P.Q.2d 1555 (TTAB 2007) (the "Respect Sportswear Case").

7. Applicant is seeking registration of the mark RATED "R" FOR RIPPED, in International Class 25 for athletic apparel, namely shirts, pants, jackets, footwear, hats and caps, athletic uniforms" ("Applicant's Goods").

8. Motion pictures and motion picture producers are often promoted through wearing apparel. There are numerous registrations for trademarks covering both motion picture production or entertainment services and wearing apparel. As this Board held in the Respect Sportswear Case, the goods of Applicant and the services certified by Opposer are related.

9. Opposer's RATED R Marks were famous prior to the date on which the Application was filed.

**COUNT I - LIKELIHOOD OF CONFUSION**

10. Opposer repeats and realleges the allegations of paragraphs 1 through 9 as if fully restated here.

11. Applicant's Mark as applied to Applicant's Goods is so similar to Opposer's RATED R Marks as to be likely to create confusion, mistake or deception in violation of Section 2(d) of the Trademark Act, all to the damage of Opposer.

**COUNT II - DILUTION**

12. Opposer repeats and realleges the allegations of paragraphs 1 through 11 as if fully restated here.

13. Applicant's claimed trademark dilutes the distinctive quality of Opposer's RATED R Marks by blurring, in violation of Section 43(c)(1) of the Trademark Act, all to the damage of Opposer.

WHEREFORE, Opposer believes that it will be damaged by the registration of Applicant's Mark and prays that such registration be denied.

The required fee of $300.00 is being submitted with this Notice of Opposition.

Please charge any additional costs to our Deposit Account 19-0741.

Dated: February 19, 2016

Respectfully submitted,

FOLEY & LARDNER LLP

By______________________________
Robert S. Weisbein
Attorneys for Applicant

3000 K Street N.W.
Suite 600
Washington, DC 20007-5109
(212) 338-3528

**CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing NOTICE OF OPPOSITION, was served by first class mail, postage prepaid to Applicant:

Matthew Joseph Sosnowski
24 Johnson Street
Middletown, Connecticut 06457

this 19th day of February, 2016.

[signature]
Elizabeth Marmo

4836-8373-1502.1

# EXHIBIT 5



# POLICY FOCUS

*AN IN DEPTH LOOK AT POLICIES AND POSITIONS*

- All Stories



**November 30th, 2015**

# SURVEY SHOWS 93% OF PARENTS FIND FILM RATINGS HELPFUL IN MAKING MOVIE CHOICES

Author: Joan Graves, SVP and Chairman of the Classification and Rating Administration

*Filed under* **All Stories (http://www.mpaa.org/category/all-stories/)**, **In The News (http://www.mpaa.org/category/in-the-news/)**.

---

Since its inception in 1968, the sole purpose of the voluntary film rating system has been to inform parents about the content of films so they can better determine what movie choices to make for their family. As Chairman of the Classification and Rating Administration (CARA), which administers the rating system, I was heartened to learn from a **new Nielsen survey (http://www.mpaa.org/wp-content/uploads/2015/11/Parents-Rating-Advisory-Study-2015.pdf)**, commissioned by CARA, that the overwhelming majority of American parents are familiar with the rating system and find it helpful.

In fact, 80% of parents agree that the rating system is accurate in its classification of movies. While they might not be as familiar with the rating descriptors that accompany the ratings, parents find them just as helpful, and even slightly more accurate in reflecting the content of a movie.

CARA commissioned this Nielsen survey of 1,488 parents of children between 7 and 16 as part of our ongoing efforts to ensure we are being consistent and credible in reflecting the concerns of parents across the country when we determine film ratings. The survey found that 99% of the parents were extremely, very or somewhat familiar with the rating system and 96% were in a similar overall range with regard to rating descriptors. Additionally, 93% said both the ratings and accompanying descriptors were helpful tools with 79% saying the ratings were accurate.

Specifically in relation to movies parents would allow their children to see, the survey found that sexual content was the top concern among parents (80%), followed by full male nudity (71%), use of hard drugs (70%), full female nudity (70%), graphic violence (64%) and use of the F-word (62%). The survey also showed that 53% of the parents believe the "F-word" appeared in PG-13 ratings too frequently, and only 26% felt that PG-13 would be an appropriate rating for a movie containing an "F-word." While other words, which are commonly considered profane, were included in the survey, none reached the same level of concern among parents.

The results of the survey reinforce much of what we at CARA have known for a long time. Every year since the inception of the rating system, we have commissioned ORC International, a leading market research company, to conduct surveys to determine the awareness and perceived usefulness of the rating system to parents. These surveys consistently show that the majority of parents are not only aware of our rating system and our descriptors, but that most find them useful in deciding what movies are appropriate for their children. The **most recent study (http://www.mpaa.org/wp-content/uploads/2015/11/Usefulness-of-Movie-Ratings-and-Descriptors.pdf)** found that 75% of those surveyed said the ratings are very or fairly useful. An even larger number, 85% found the descriptors that accompany the ratings to be very or fairly useful.

While the results of these studies are very positive, there certainly are areas where additional communication can lead to improvements. I would hope, for instance, that every parent using the rating system would consult the informative descriptor accompanying the rating before making a choice about which movies their children should see. And while 71% of those interviewed think that the ratings for every movie they went to see in the past year were appropriate, I believe this number would climb even higher with awareness of the specific descriptor.

The members of the Rating Board are tasked with rating a film the way a majority of American parents from across the country would rate it. We provide information and guidance; we do not censor or give any kind of critical judgment on a film's artistic quality. It is a responsibility that we take very seriously, asking ourselves before every screening: "What would I want to know before letting my child watch this film?" We are proud of the system that we have created, a system that families everywhere have come to rely upon. Like any good system that is meant to endure, ours is one that evolves to reflect changes in social standards that happen over time. We will continue to seek feedback from America's parents to ensure that we are meeting our purpose to inform parents and doing the best job that we can on their behalf.

*For more details on the rating system, please check out* ***filmratings.com. (http://www.filmratings.com/)***

---

## RELATED CONTENT

No related content.

© 2016 Motion Picture Association of America, Inc. All rights reserved. | **Privacy Policy (http://www.mpaa.org/privacy-policy/)** | **Terms of Use (http://www.mpaa.org/terms-of-use/)**