| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503) | K. LEE MARSHALL (SBN 277092) |
| glenn.pomerantz@mto.com | klmarshall@bryancave.com |
| MUNGER, TOLLES & OLSON LLP | ROGER MYERS (SBN 146164) |
| 355 South Grand Avenue, Thirty-Fifth Floor | roger.myers@bryancave.com |
| Los Angeles, California 90071-1560 | ALEXANDRA WHITWORTH, (SBN 303046) |
| Telephone: (213) 683-9100 | alex.whitworth@bryancave.com |
| Facsimile: (213) 687-3702 | BRYAN CAVE LLP |
| | 560 Mission Street, Suite 2500 |
| KELLY M. KLAUS (SBN 161091) | San Francisco, California 94105 |
| kelly.klaus@mto.com | Tel: (415) 675-3400 /Fax: (415) 675-3434 |
| ACHYUT J. PHADKE (SBN 261567) | |
| achyut.phadke@mto.com | *Attorneys for Defendant National Association* |
| ADAM I. KAPLAN (SBN 268182) | *of Theatre Owners* |
| adam.kaplan@mto.com | |
| MUNGER, TOLLES & OLSON LLP | |
| 560 Mission Street, Twenty-Seventh Floor | |
| San Francisco, California 94105-2907 | |
| Telephone: (415) 512-4000 | |
| Facsimile: (415) 512-4077 | |

*Attorneys for Defendants Motion Picture Association of America, Inc., Walt Disney Studios Motion Pictures, Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLC, and Warner Bros. Entertainment Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY FORSYTH, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>MOTION PICTURE ASSOCIATION OF AMERICA, INC., et al.,<br><br>Defendants. | Case No. 3:16-cv-00935-RS<br><br>**DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF [1] SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE, CAL. CIV. PROC. CODE § 425.16 *ET SEQ.*, OR, IN THE ALTERNATIVE, [2] MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date: October 27, 2016<br>Time: 1:30 pm<br>Place: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

Defendants Motion Picture Association of America, Inc. ("MPAA"); Walt Disney Studios Motion Pictures, Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLC, and Warner Bros. Entertainment Inc. (collectively the "Studio Defendants"); and National Association of Theatre Owners ("NATO," and collectively with the MPAA and the Studio Defendants, "Defendants") respectfully submit this supplemental request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the contents of the United States Patent and Trademark Office ("USPTO") records identified below and attached as Exhibits 1–16 hereto. This Supplemental Request for Judicial Notice ("Supplemental Request") is filed in support of Defendants' (1) Special Motion to Strike the Complaint in its Entirety Pursuant to California's Anti-SLAPP Statute, Cal. Civ. Proc. Code § 425.16 *et seq.*, or, in the alternative, (2) Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).[1]

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 1 | Federal certification mark registration certificate for Registration No. 1,170,739, for the mark **R**, including the certification statement:<br><br>The mark certifies that the motion picture film is, in the opinion of applicant's Rating Board, an adult film in some of its aspects and treatment so far as language, violence, or nudity and sexuality is concerned, and that because of such elements no one under the age of 17 should be admitted unless accompanied by a parent or guardian.<br><br>This registration certificate is available from the publicly accessible web site of the USPTO at http://tsdr.uspto.gov/documentviewer?caseId=sn73225310&docId=ORC20080303132923#docIndex=10&page=1 (last visited September 15, 2016). |

---

[1] As noted in connection with Defendants' April 29 Request for Judicial Notice (ECF 32), motions to strike under California's anti-SLAPP statute may rely on extrinsic evidence, but Defendants' anti-SLAPP motion, filed jointly with Defendants' Rule 12(b)(6) motion, does not do so and therefore is governed by Rule 12 standards. *Choyce v. SF Bay Area Indep. Media Ctr.*, 2013 WL 6234628, at *5 (N.D. Cal. Dec. 2, 2013); *Rogers v. Home Shopping Network, Inc.*, 57 F. Supp. 2d 973, 980 (C.D. Cal. 1999).

| EXHIBIT | DESCRIPTION |
|---|---|
| 2 | Federal certification mark registration certificate for Registration No. 1,169,742, for the mark **PG**, including the certification statement:<br><br>    The mark certifies that the motion picture film, in the opinion of applicant's Rating Board, clearly needs to be examined or inquired about by parents before they let their younger children attend. Such films may contain profanity, but not harsher sexually derived words. There may be violence, but it is not deemed so strong that admission should be restricted. There is no explicit sex on the screen, but brief nudity may appear.<br><br>This registration certificate is available from the publicly accessible web site of the USPTO at http://tsdr.uspto.gov/documentviewer?caseId=sn73225356&docId=ORC20080307134928#docIndex=10&page=1 (last visited September 15, 2016). |
| 3 | Federal certification mark registration certificate for Registration No. 1,213,656, for the mark **PARENTAL GUIDANCE SUGGESTED SOME MATERIAL MAY NOT BE SUITABLE FOR CHILDREN**, including the certification statement:<br><br>    Certifies that the motion picture film, in the opinion of applicant's Rating Board, clearly needs to be examined or inquired about by parents before they let their younger children attend. Such films may contain profanity but not harsher sexually derived words. There may be violence, but it is not deemed so strong that admission should be restricted. There is no explicit sex on the screen, but brief nudity may appear.<br><br>This registration certificate is available from the publicly accessible web site of the USPTO at http://tsdr.uspto.gov/documentviewer?caseId=sn73225307&docId=ORC20080414105111#docIndex=11&page=1 (last visited September 15, 2016). |

| EXHIBIT | DESCRIPTION |
|---|---|
| 4 | Federal certification mark registration certificate for Registration No. 1,213,655, for the mark **RESTRICTED UNDER 17 REQUIRES ACCOMPANYING PARENT OR ADULT GUARDIAN**, including the certification statement: <br><br> Certifies that the motion picture film is, in the opinion of applicant's Rating Board, an adult film in some of its aspects and treatment so far as language, violence or nudity and sexuality is concerned, and that because of such elements no one under the age of 17 should be admitted unless accompanied by a parent or guardian. <br><br> This registration certificate is available from the publicly available web site of the USPTO at <br><br> http://tsdr.uspto.gov/documentviewer?caseId=sn73225306&docId=ORC20051130222831#docIndex=10&page=1 (last visited September 15, 2016). |
| 5 | Federal certification mark registration certificate for Registration No. 1,337,409, for the mark **PG-13**, including the certification statement: <br><br> The certification mark, as used by persons authorized, certifies that the motion picture film, in the opinion of the Rating Board, contains material as to nudity, language, sensuality, treatment of theme, and violence such that parents should exercise caution before allowing their children under thirteen years of age to attend. <br><br> This registration certificate is available from the publicly accessible web site of the USPTO at http://tsdr.uspto.gov/documentviewer?caseId=sn73503772&docId=ORC20051208214538#docIndex=12&page=1 (last visited September 15, 2016). |

| EXHIBIT | DESCRIPTION |
|---|---|
| 6 | Federal certification mark registration certificate for Registration No. 1,337,408, for the mark **PG-13 PARENTS STRONGLY CAUTIONED Some Material May Be Inappropriate for Children Under 13**, including the certification statement:<br><br>The certification mark, as used by persons authorized, certifies that the motion picture film, of the Rating Board, contains material as to nudity, language, sensuality, treatment of theme, and violence such that parents should exercise caution before allowing their children under thirteen years of age to attend.<br><br>This registration certificate is available from the publicly accessible web site of the USPTO at http://tsdr.uspto.gov/documentviewer?caseId=sn73503706&docId=ORC20080527083943#docIndex=12&page=1 (last visited September 15, 2016). |
| 7 | Excerpt from prosecution file for Registration No. 1,337,408, for the mark **PG-13 PARENTS STRONGLY CAUTIONED Some Material May Be Inappropriate for Children Under 13**, including the certification statement as originally filed:<br><br>The certification mark, as used by persons authorized by applicant, certifies that the motion picture film, [in the opinion] of the Rating Board, contains material as to nudity, language, sensuality, treatment of theme, and violence such that parents should exercise caution before allowing their children under thirteen years of age to attend.<br><br>This excerpt from the prosecution file of Registration No. 1,337,408 is available from the publicly accessible web site of the USPTO at http://tsdr.uspto.gov/documentviewer?caseId=sn73503706&docId=UNC20080527083942#docIndex=4&page=27 (last visited September 15, 2016). |
| 8 | Federal certification mark registration certificate for Registration No. 1,439,617, for the mark **RATED PG**.<br><br>This registration certificate is available from the publicly accessible web site of the USPTO at http://tsdr.uspto.gov/documentviewer?caseId=sn73600847&docId=ORC20051212215828#docIndex=10&page=1 (last visited September 15, 2016). |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 9 | Excerpt from prosecution file for Registration No. 1,439,617, for the mark **RATED PG**, including the certification statement as originally filed:<br><br>    The certification mark, as used by persons authorized by applicant, certifies that the motion picture film, in the opinion of applicant's Rating Board, clearly needs to be examined or inquired about by parents before they let their younger children attend, because of the film's treatment of theme, language, nudity, sensuality or violence.<br><br>This excerpt from the prosecution file of Registration No. 1,439,617 is available from the publicly accessible web site of the USPTO at http://tsdr.uspto.gov/documentviewer?caseId=sn73600847&docId=UNC20061103093758#docIndex=6&page=17 (last visited September 15, 2016). |
| 10 | Federal certification mark registration certificate for Registration No. 1,439,619, for the mark **RATED PG-13**.<br><br>This registration certificate is available from the publicly accessible web site of the USPTO at http://tsdr.uspto.gov/documentviewer?caseId=sn73601053&docId=ORC20051212220030#docIndex=10&page=1 (last visited September 15, 2016). |
| 11 | Excerpt from prosecution file for Registration No. 1,439,619, for the mark **RATED PG-13**, including the certification statement as originally filed:<br><br>    The certification mark, as used by persons authorized by applicant, certifies that the motion picture film, in the opinion of applicant's Rating Board, contains material as to nudity, language, sensuality, treatment of theme, and violence such that parents should exercise caution before allowing their children under thirteen years of age to attend.<br><br>This excerpt from the prosecution file of Registration No. 1,439,619 is available from the publicly accessible web site of the USPTO at http://tsdr.uspto.gov/documentviewer?caseId=sn73601053&docId=UNC20061103093410#docIndex=6&page=15 (last visited September 15, 2016). |

| EXHIBIT | DESCRIPTION |
|---|---|
| 12 | Federal certification mark registration certificate for Registration No. 1,436,926, for the mark **RATED R**, including the certification statement:<br><br>    The mark certifies that the motion picture film, in the opinion of applicant's Rating Board, is an adult film in some of its aspects and treatment so far as language, violence, nudity and sensuality are concerned, and that because of such elements no one under the age of 17 should be admitted unless accompanied by a parent or guardian.<br><br>This registration certificate is available from the publicly accessible web site of the USPTO at http://tsdr.uspto.gov/documentviewer?caseId=sn73601001&docId=ORC20051212215937#docIndex=9&page=1 (last visited September 15, 2016). |
| 13 | Federal certification mark registration certificate for Registration No. 1,577,122, for the mark [R RESTRICTED image], including the certification statement:<br><br>    The certification mark, as used by persons authorized by applicant, certifies that the motion picture film, in the opinion of applicant's Rating Board, is an adult film in some of its aspects and treatment so far as language, violence, nudity and sensuality are concerned, and that because of such elements no one under the age of 17 should view the films unless accompanied by a parent or guardian.<br><br>This registration certificate is available from the publicly accessible web site of the USPTO at http://tsdr.uspto.gov/documentviewer?caseId=sn73801615&docId=ORC20080403065030#docIndex=8&page=1 (last visited September 15, 2016). |
| 14 | Certification standards for Registration Nos. 1,170,739; 1,169,742; 1,213,656 and 1,213,655: "The Movie Rating System: How It Began, Its Purpose, How it Works, the Public Reaction."<br><br>These certification standards are available from the publicly accessible web site of the USPTO, at http://tsdr.uspto.gov/documentviewer?caseId=sn73225310&docId=UNC20080303132922#docIndex=5&page=28 through http://tsdr.uspto.gov/documentviewer?caseId=sn73225310&docId=UNC20080303132922#docIndex=5&page=40 (last visited September 15, 2016). |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 15 | Certification standards for Registration Nos. 1,439,617; 1,439,619; and 1,436,926: "The Voluntary Movie Rating System: How It Began, Its Purpose, How It Works, The Public Reaction." |
| | These certification standards are available from the publicly accessible web site of the USPTO, at http://tsdr.uspto.gov/documentviewer?caseId=sn73601001&docId=UNC20061106160453#docIndex=6&page=14 through http://tsdr.uspto.gov/documentviewer?caseId=sn73601001&docId=UNC20061106160453#docIndex=6&page=27 (last visited September 15, 2016). |
| 16 | Examiner's note from prosecution file for Reg. No. 1,577,122, including notation that: "Copy of standards not requested because: "(1) certification is subjective; (2) factors for making a decision are sufficiently detailed in the certification statement." |
| | This excerpt from the prosecution file of Registration No. 1,577,122 is available from the publicly accessible web site of the USPTO at http://tsdr.uspto.gov/documentviewer?caseId=sn73801615&docId=UNC20081212150109#docIndex=4&page=24 (last visited September 15, 2016). |

Under Federal Rule of Evidence 201, a "court may judicially notice a fact that is not subject to reasonable dispute because it … can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Court may consider facts subject to judicial notice at the dismissal stage without converting the motion into one for summary judgment. *Mullis v. U.S. Bankr. Ct*., 828 F.2d 1385, 1388 (9th Cir. 1987).

Defendants respectfully request that the Court take judicial notice of the contents of the USPTO records identified above and attached hereto as Exhibits 1–16, all of which relate to the certification mark registrations discussed in Plaintiff's opposition. The contents of these records are relevant to Plaintiff's assertions as to the significance of registration of the ratings as federal certification marks. The authenticity of the records is not disputed. In fact, Plaintiff has himself requested judicial notice of certain records from the prosecution file of one of these certification mark registrations. Pl. RJN Ex. 1.

Rule 201 permits a court to take judicial notice of the "records and reports of administrative bodies." *Mack v. South Bay Beer Distrib., Inc*., 798 F.2d 1279, 1282 (9th Cir. 1986) (internal quotations and citation omitted), *abrogated on other grounds by Astoria Fed. Sav.*

*and Loan Assoc.,* 501 U.S. 104 (1991).  In particular, Rule 201 allows courts to take judicial notice of federal trademark registrations and associated USPTO records.  *Kaempe v. Myers*, 367 F.3d 958, 965 (D.C. Cir. 2004) (USPTO documents are "public records subject to judicial notice on a motion to dismiss"); *CDx Diagnostics, Inc. v. Histologics LLC*, 2014 WL 3347525, at *3 (C.D. Cal. July 7, 2014) (collecting cases where courts have taken judicial notice of trademark registrations and related documents); *see also Therapy Stores v. JGV Apparel Grp., LLC*, 2016 WL 4492583, at *1 n.1 (N.D. Cal. Aug. 26, 2016) (taking judicial notice of USPTO trademark filings); *Gorski v. Gymboree Corp.*, 2014 WL 3533324, at *3 n.1 (N.D. Cal. July 16, 2014) (taking judicial notice of USPTO trademark prosecution file); *Pollution Denim & Co. v. Pollution Clothing Co.*, 547 F. Supp. 2d 1132, 1135–36 nn. 11 & 12 (C.D. Cal. 2007) (taking judicial notice of facts from USPTO online records).

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of the contents of the federal trademark registrations and related USPTO records identified in this Request and attached as Exhibits 1–16.

DATED:  September 15, 2016                MUNGER, TOLLES & OLSON LLP

By:   */s/ Kelly M. Klaus*
KELLY M. KLAUS
*Attorneys for MPAA and Studio Defendants*

BRYAN CAVE LLP

By:   */s/ K. Lee Marshall*
K. LEE MARSHALL
*Attorneys for NATO*

In accordance with Civil Local Rule 5-1(i), the filer attests that each of the above signatories have concurred in the filing of this document.

DATED:  September 15, 2016        By:   */s/ Kelly M. Klaus*
KELLY M. KLAUS