# Exhibit 1

Prior U.S. Cl.: B

United States Patent and Trademark Office

Reg. No. 1,170,739
Registered Sep. 22, 1981

## CERTIFICATION MARK
Principal Register



Motion Picture Association of America, Inc. (New York nonprofit corporation)
522 5th Ave.
New York, N.Y. 10036

For: ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES, (U.S. Cl. B).
First use Mar. 1, 1970; in commerce Mar. 1, 1970.
The mark certifies that the motion picture film is, in the opinion of applicant's rating board, an adult film in some of its aspects and treatment so far as language, violence, or nudity and sexuality is concerned, and that because of such elements no one under the age of 17 should be admitted unless accompanied by a parent or guardian.

Ser. No. 225,310, filed Jul. 30, 1979.

R. M. FEELEY, Primary Examiner

CARLISLE WALTERS, Examiner

Prior U.S. Cl.: B

**United States Patent and Trademark Office**

Reg. No. 1,170,739
Registered Sep. 22, 1981

## CERTIFICATION MARK
Principal Register



Motion Picture Association of America, Inc. (New York nonprofit corporation)
522 5th Ave.
New York, N.Y. 10036

For: ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES, (U.S. Cl. B).

First use Mar. 1, 1970; in commerce Mar. 1, 1970.

The mark certifies that the motion picture film is, in the opinion of applicant's rating board, an adult film in some of its aspects and treatment so far as language, violence, or nudity and sexuality is concerned, and that because of such elements no one under the age of 17 should be admitted unless accompanied by a parent or guardian.

Ser. No. 225,310, filed Jul. 30, 1979.

R. M. FEELEY, Primary Examiner

CARLISLE WALTERS, Examiner