# Exhibit 4

Prior U.S. Cl.: B

**United States Patent and Trademark Office**

Reg. No. 1,213,655
Registered Oct. 19, 1982

## CERTIFICATION MARK
Principal Register

## RESTRICTED UNDER 17 REQUIRES ACCOMPANYING PARENT OR GUARDIAN

Motion Picture Association of America, Inc. (New York corporation)
522 5th Ave.
New York, N.Y. 10036

For: CERTIFICATION OF ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES, (U.S. Cl. B).

First use Mar. 1, 1970; in commerce Mar. 1, 1970.

Owner of U.S. Reg. Nos. 959,579, 959,580 and 959,581.

Certifies that the motion picture film is, in the opinion of applicant's rating board, on adult film in some of its aspects and treatment so far as language, violence or nudity and sexuality is concerned, and that because of such elements no one under the age of 17 should be admitted unless accompanied by a parent or guardian.

Sec. 2(f).

Ser. No. 225,306, filed Jul. 30, 1979.

CARLISLE WALTERS, Primary Examiner

Prior U.S. Cl.: B

**United States Patent and Trademark Office**

Corrected

Reg. No. 1,213,655
Registered Oct. 19, 1982
OG Date Jan. 20, 1987

## CERTIFICATION MARK
## PRINCIPAL REGISTER

**RESTRICTED UNDER 17 REQUIRES ACCOMPANYING PARENT OR ADULT GUARDIAN**

MOTION PICTURE ASSOCIATION OF AMERICA, INC. (NEW YORK CORPORATION)
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

OWNER OF U.S. REG. NOS. 959,579, 959,580 AND 959,581.

CERTIFIES THAT THE MOTION PICTURE FILM IS, IN THE OPINION OF APPLICANT'S RATING BOARD, ON ADULT FILM IN SOME OF ITS ASPECTS AND TREATMENT SO FAR AS LANGUAGE, VIOLENCE OR NUDITY AND SEXUALITY IS CONCERNED, AND THAT BECAUSE OF SUCH ELEMENTS NO ONE UNDER THE AGE OF 17 SHOULD BE ADMITTED UNLESS ACCOMPANIED BY A PARENT OR GUARDIAN.

SEC. 2(F).

FOR: CERTIFICATION OF ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF MOTION PICTURES, IN CLASS B

FIRST USE 3-1-1970; IN COMMERCE 3-1-1970.

SER. NO. 225,306, FILED 7-30-1979.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Jan. 20, 1987.*

COMMISSIONER OF PATENTS AND TRADEMARKS