| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503)<br>glenn.pomerantz@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, California 90071-1560<br>Telephone:   (213) 683-9100<br>Facsimile:    (213) 687-3702<br><br>KELLY M. KLAUS (SBN 161091)<br>kelly.klaus@mto.com<br>ACHYUT J. PHADKE (SBN 261567)<br>achyut.phadke@mto.com<br>ADAM I. KAPLAN (SBN 268182)<br>adam.kaplan@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone:   (415) 512-4000<br>Facsimile:    (415) 512-4077<br><br>*Attorneys for Defendants Motion Picture Association of America, Inc., Walt Disney Studios Motion Pictures, Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLC, and Warner Bros. Entertainment Inc.* | K. LEE MARSHALL (SBN 277092)<br>klmarshall@bryancave.com<br>ROGER MYERS (SBN 146164)<br>roger.myers@bryancave.com<br>ALEXANDRA WHITWORTH (SBN 303046)<br>alex.whitworth@bryancave.com<br>BRYAN CAVE LLP<br>560 Mission Street, 25th Floor<br>San Francisco, California 94105<br>Tel: (415) 675-3400 /Fax: (415) 675-3434<br><br>*Attorneys for Defendant National Association of Theatre Owners*<br><br>DAVID SCHACHMAN (*Pro Hac Vice*)<br>ds@schachmanlaw.com<br>LAW OFFICES OF DAVID SCHACHMAN, P.C.<br>55 West Monroe Street, Suite 2970<br>Chicago, Illinois 60603<br>Tel: (312) 427-9500/Fax: (312) 268-2425<br><br>*Attorneys for Plaintiff Timothy Forsyth* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY FORSYTH, individually and on behalf of a class of similarly situated individuals,<br><br>       Plaintiff,<br><br>       vs.<br><br>MOTION PICTURE ASSOCIATION OF AMERICA, INC., WALT DISNEY STUDIOS MOTION PICTURES, PARAMOUNT PICTURES CORPORATION, SONY PICTURES ENTERTAINMENT INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS LLC, WARNER BROS. ENTERTAINMENT INC., and NATIONAL ASSOCIATION OF THEATRE OWNERS,<br><br>       Defendants. | Case No. 3:16-cv-00935-RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE ENTRY OF JUDGMENT AND DEFENDANTS' DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES**<br><br>Judge:  Hon. Richard Seeborg |

1  Plaintiff Timothy Forsyth and Defendants Motion Picture Association of America Inc.,
2 Walt Disney Studios Motion Pictures, Paramount Pictures Corporation, Sony Pictures
3 Entertainment Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLC,
4 Warner Brothers Entertainment Inc., and the National Association of Theatre Owners, by and
5 through their undersigned counsel of record, stipulate as follows:

6  A. On November 10, 2016, the Court granted Defendants' special motion to strike and
7 motion to dismiss with leave to amend.

8  B. Plaintiff does not intend to amend the complaint. Accordingly, Defendants request that
9 the Court enter judgment pursuant to Rule 58.

10  C. The parties further stipulate that, pursuant to Rule 54(d)(2)(B) and Local Rule 54-5(a),
11 Defendants shall have fourteen days from the Court's entry of judgment to file a motion for
12 attorney's fees.

13 **IT IS SO STIPULATED.**

15 DATED: November 22, 2016       LAW OFFICES OF DAVID SCHACHMAN, P.C.

17               By:    */s/ David Schachman*
                         DAVID SCHACHMAN

                  Attorneys for Plaintiff Timothy Forsyth

20 DATED: November 22, 2016       MUNGER, TOLLES & OLSON LLP

22               By:    */s/ Kelly M. Klaus*
                         KELLY M. KLAUS

                  Attorneys for Defendants Motion Picture Association of
                  America, Inc., Walt Disney Studios Motion Pictures,
                  Paramount Pictures Corporation, Sony Pictures
                  Entertainment Inc., Twentieth Century Fox Film
                  Corporation, Universal City Studios LLC, and Warner
                  Bros. Entertainment Inc.

1  DATED: November 22, 2016            BRYAN CAVE LLP

2

3                                       By:    */s/ K. Lee Marshall*
                                              K. LEE MARSHALL
4

5                                       Attorneys for Defendant National Association of
                                        Theatre Owners
6

7  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories concur with this filing.

8                                       By:    */s/ K. Lee Marshall*

9

10 THE COURT FINDS GOOD CAUSE EXISTS FOR THE PARTIES' STIPULATION AND ON
   THAT BASIS THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.
11

12 DATED: 11/28/16

13

14                                      _____
                                        HONORABLE RICHARD SEEBORG
15                                      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28