| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503) <br> glenn.pomerantz@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 355 South Grand Avenue, Thirty-Fifth Floor <br> Los Angeles, California 90071-1560 <br> Telephone: (213) 683-9100 <br> Facsimile: (213) 687-3702 <br><br> KELLY M. KLAUS (SBN 161091) <br> kelly.klaus@mto.com <br> ACHYUT J. PHADKE (SBN 261567) <br> achyut.phadke@mto.com <br> ADAM I. KAPLAN (SBN 268182) <br> adam.kaplan@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, Twenty-Seventh Floor <br> San Francisco, California 94105-2907 <br> Telephone: (415) 512-4000 <br> Facsimile: (415) 512-4077 <br><br> *Attorneys for Defendants Motion Picture Association of America, Inc., Walt Disney Studios Motion Pictures, Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLC, and Warner Bros. Entertainment Inc.* | K. LEE MARSHALL (SBN 277092) <br> klmarshall@bryancave.com <br> ROGER MYERS (SBN 146164) <br> roger.myers@bryancave.com <br> ALEXANDRA WHITWORTH, (SBN 303046) <br> alex.whitworth@bryancave.com <br> BRYAN CAVE LLP <br> 560 Mission Street, Suite 2500 <br> San Francisco, California 94105 <br> Tel: (415) 675-3400 /Fax: (415) 675-3434 <br><br> *Attorneys for Defendant National Association of Theatre Owners* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY FORSYTH, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> vs. <br><br> MOTION PICTURE ASSOCIATION OF AMERICA, INC., et al., <br><br> Defendants. | Case No. 3:16-cv-00935-RS <br><br> **NOTICE OF LODGING OF ~~PROPOSED~~ JUDGMENT** <br><br> Judge: Hon. Richard Seeborg <br> Place: Courtroom 3, 17th Floor |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE THAT, concurrently herewith, Defendants Motion Picture Association of America, Inc., Walt Disney Studios Motion Pictures, Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Twentieth-Century-Fox Film Corporation, Universal City Studios LLC, Warner Bros. Entertainment Inc., and National Association of Theatre Owners (collectively, "Defendants") have lodged with the Court a proposed judgment and request that judgment be entered thereon.  The proposed judgment has been approved as to form by Plaintiff's counsel.

    On November 10, 2016, the Court issued an order (Doc. 59) ("Order Granting Special Motion to Strike and Motion to Dismiss") granting the Special Motion to Strike and Motion to Dismiss filed by Defendants.  On November 22, 2016, the parties filed a stipulation stating that Plaintiff does not intend to amend the Complaint; that the Court shall enter judgment pursuant to Rule 58; and that, pursuant to Rule 54(d)(2)(B) and Local Rule 54-5(a), Defendants shall have fourteen days from the Court's entry of judgment to file a motion for attorney's fees (Doc. 60). The Court approved and so ordered that stipulation on November 28, 2016 (Doc. 61). Accordingly, entry of final judgment in this matter is appropriate.

    Federal Rule of Civil Procedure 58(a)(1) provides that the judgment as reflected in the Court's Order Granting Special Motion to Strike and Motion to Dismiss "must be set out in a separate document."  Federal Rule of Civil Procedure 58(d) further provides that "[a] party may request that judgment be set forth on a separate document as required by Rule 58(a)(1)."

    Accordingly, Defendants have lodged with this notice a proposed judgment, approved as to form by Plaintiff's counsel, and request that judgment be entered thereon.

DATED:  November 30, 2016    Respectfully submitted,

    MUNGER, TOLLES & OLSON LLP

    By:    */s/ Kelly M. Klaus*
    KELLY M. KLAUS
    *Attorneys for MPAA and Studio Defendants*

| | | |
|---|---|---|
| DATED: November 30, 2016 | | BRYAN CAVE LLP |
| | By: | /s/ K. Lee Marshal |
| | | K. LEE MARSHAL |

*Attorneys for Defendant National Association of Theatre Owners*

\* \* \*

In accordance with Civil Local Rule 5-1(i), the filer attests that all signatories have concurred in the filing of this document.

| | | |
|---|---|---|
| DATED: November 30, 2016 | By: | /s/ Kelly M. Klaus |
| | | KELLY M. KLAUS |

IT IS SO ORDERED
Judge Richard Seeborg
Date: 12/1/16