GLENN D. POMERANTZ (SBN 112503)
glenn.pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
ACHYUT J. PHADKE (SBN 261567)
achyut.phadke@mto.com
ADAM I. KAPLAN (SBN 268182)
adam.kaplan@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for Defendants Motion Picture Association of America, Inc., Walt Disney Studios Motion Pictures, Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLC, and Warner Bros. Entertainment Inc.*

K. LEE MARSHALL (SBN 277092)
klmarshall@bryancave.com
ROGER MYERS (SBN 146164)
roger.myers@bryancave.com
ALEXANDRA WHITWORTH, (SBN 303046)
alex.whitworth@bryancave.com
BRYAN CAVE LLP
560 Mission Street, Suite 2500
San Francisco, California 94105
Tel: (415) 675-3400 /Fax: (415) 675-3434

*Attorneys for Defendant National Association of Theatre Owners*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY FORSYTH, individually and on behalf of a class of similarly situated individuals,<br><br>       Plaintiff,<br><br>       vs.<br><br>MOTION PICTURE ASSOCIATION OF AMERICA, INC., et al.,<br><br>       Defendants. | Case No. 3:16-cv-00935-RS<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>Judge: Hon. Richard Seeborg<br>Place: Courtroom 3, 17th Floor |

1  This action having come before the Court, The Honorable Richard Seeborg, District Judge,
2 presiding, and the issues having been duly heard and a decision having been duly rendered,
3  It is ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be
4 dismissed with prejudice.
5  Entered at San Francisco, California, this  1st    day of  December      , 2016.

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE