| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503) <br> glenn.pomerantz@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 355 South Grand Avenue, Thirty-Fifth Floor <br> Los Angeles, California 90071-1560 <br> Telephone: (213) 683-9100 <br> Facsimile: (213) 687-3702 <br><br> KELLY M. KLAUS (SBN 161091) <br> kelly.klaus@mto.com <br> ACHYUT J. PHADKE (SBN 261567) <br> achyut.phadke@mto.com <br> ADAM I. KAPLAN (SBN 268182) <br> adam.kaplan@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, Twenty-Seventh Floor <br> San Francisco, California 94105-2907 <br> Telephone: (415) 512-4000 <br> Facsimile: (415) 512-4077 <br><br> *Attorneys for Defendants Motion Picture Association of America, Inc., Walt Disney Studios Motion Pictures, Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLC, and Warner Bros. Entertainment Inc.* | K. LEE MARSHALL (SBN 277092) <br> klmarshall@bryancave.com <br> ROGER MYERS (SBN 146164) <br> roger.myers@bryancave.com <br> ALEXANDRA WHITWORTH (SBN 303046) <br> alex.whitworth@bryancave.com <br> BRYAN CAVE LLP <br> 560 Mission Street, 25th Floor <br> San Francisco, California 94105 <br> Tel: (415) 675-3400 /Fax: (415) 675-3434 <br><br> *Attorneys for Defendant National Association of Theatre Owners* <br><br> DAVID SCHACHMAN (*Pro Hac Vice*) <br> ds@schachmanlaw.com <br> LAW OFFICES OF DAVID SCHACHMAN, P.C. <br> 55 West Monroe Street, Suite 2970 <br> Chicago, Illinois 60603 <br> Tel: (312) 427-9500/Fax: (312) 268-2425 <br><br> *Attorneys for Plaintiff Timothy Forsyth* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY FORSYTH, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> vs. <br><br> MOTION PICTURE ASSOCIATION OF AMERICA, INC., WALT DISNEY STUDIOS MOTION PICTURES, PARAMOUNT PICTURES CORPORATION, SONY PICTURES ENTERTAINMENT INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS LLC, WARNER BROS. ENTERTAINMENT INC., and NATIONAL ASSOCIATION OF THEATRE OWNERS, <br><br> Defendants. | Case No. 3:16-cv-00935-RS <br><br> **STIPULATION AND [PROPOSED] ORDER RE [1] DEFENDANT NATIONAL ASSOCIATION OF THEATRE OWNERS' MOTION FOR ATTORNEYS' FEES, AND [2] HEARING DATE FOR MOTION FOR ATTORNEYS' FEES** <br><br> Judge: Hon. Richard Seeborg |

1  In support of their joint stipulation regarding the briefing schedule and hearing on
2  Defendant National Association of Theatre Owners ("NATO") motion for attorneys' fees, Plaintiff
3  Timothy Forsyth and Defendant NATO, by and through their undersigned counsel of record, recite
4  as follows:

5  A.  Pursuant to the parties' November 22, 2016 stipulation (ECF No. 60), and the Court's
6  November 28, 2016 order approving that stipulation (ECF No. 61), Defendants' motions for
7  attorneys' fees were to be filed by December 15, 2016 - fourteen days from the date the Court
8  entered judgment which judgment was entered on December 1, 2016 (ECF No. 65).

9  B.  On December 15, 2016, Defendant NATO filed its notice of motion and motion for
10  attorneys' fees (ECF No. 66).  Defendants Motion Picture Association of America Inc., Walt
11  Disney Studios Motion Pictures, Paramount Pictures Corporation, Sony Pictures Entertainment
12  Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLC, Warner Brothers
13  Entertainment Inc., did not file a motion for attorneys' fees.

14  C.  Pursuant to the stipulation of Plaintiff and Defendant NATO, the Plaintiff's response to
15  Defendant NATO's motion for attorneys' fees is due to be filed on January 24, 2017, Defendant
16  NATO's reply in support of the motion for attorneys' fees is due to be filed on February 2, 2017
17  and the hearing on the motion for attorneys' fees is scheduled for February 16, 2017 (ECF No.
18  68).

19  C.  Counsel for Plaintiff and Defendant NATO have met and conferred by telephone and
20  email regarding resolving the motion for attorneys' fees by agreement and, therefore, jointly
21  request a short two-week extension of the briefing schedule and hearing date to allow the parties to
22  continue their discussions.  Plaintiff and Defendant NATO have agreed that Plaintiff's response to
23  Defendant NATO's motion for attorneys' fees shall be due February 7, 2017 and Defendant
24  NATO's reply in support of the motion for attorneys' fees shall be due February 16, 2017.  Upon
25  reviewing the Court's calendar, the parties also agreed that March 9, 2017, was the most mutually
26  convenient available hearing date.

27  NOW, THEREFORE, the parties hereby stipulate that, subject to the Court's approval:
28  1.  Defendant NATO's motion for attorneys' fees will be heard on March 9, 2017 at 1:30

1  p.m. or such other time as the Court determines is convenient.

2      2. Plaintiff's response in opposition to Defendant NATO's motion for attorneys' fees is
3  due on or before February 7, 2017 and Defendant NATO's reply brief is due on or before February
4  16, 2017.

6      IT IS SO STIPULATED.

7  DATED: January 23, 2017    LAW OFFICES OF DAVID SCHACHMAN, P.C.

9      By:  */s/ David Schachman*
        DAVID SCHACHMAN

11  Attorneys for Plaintiff Timothy Forsyth

13  DATED: January 23, 2017    BRYAN CAVE LLP

15      By:  */s/ K. Lee Marshall*
        K. LEE MARSHALL

17  Attorneys for Defendant National Association of Theatre Owners

19  THE COURT FINDS GOOD CAUSE EXISTS FOR THE PARTIES' STIPULATION AND ON THAT BASIS THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

21  DATED: __1/23/17__

23  _____
    HONORABLE RICHARD SEEBORG
24      UNITED STATES DISTRICT JUDGE