| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503)<br>glenn.pomerantz@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, California 90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br><br>KELLY M. KLAUS (SBN 161091)<br>kelly.klaus@mto.com<br>ACHYUT J. PHADKE (SBN 261567)<br>achyut.phadke@mto.com<br>ADAM I. KAPLAN (SBN 268182)<br>adam.kaplan@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077<br><br>*Attorneys for Defendants Motion Picture Association of America, Inc., Walt Disney Studios Motion Pictures, Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLC, and Warner Bros. Entertainment Inc.* | K. LEE MARSHALL (SBN 277092)<br>klmarshall@bryancave.com<br>ROGER MYERS (SBN 146164)<br>roger.myers@bryancave.com<br>ALEXANDRA WHITWORTH (SBN 303046)<br>alex.whitworth@bryancave.com<br>BRYAN CAVE LLP<br>560 Mission Street, 25th Floor<br>San Francisco, California 94105<br>Tel: (415) 675-3400 /Fax: (415) 675-3434<br><br>*Attorneys for Defendant National Association of Theatre Owners*<br><br>DAVID SCHACHMAN (*Pro Hac Vice*)<br>ds@schachmanlaw.com<br>LAW OFFICES OF DAVID SCHACHMAN, P.C.<br>55 West Monroe Street, Suite 2970<br>Chicago, Illinois 60603<br>Tel: (312) 427-9500/Fax: (312) 268-2425<br><br>*Attorneys for Plaintiff Timothy Forsyth* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY FORSYTH, individually and on behalf of a class of similarly situated individuals,<br><br>            Plaintiff,<br><br>     vs.<br><br>MOTION PICTURE ASSOCIATION OF AMERICA, INC., WALT DISNEY STUDIOS MOTION PICTURES, PARAMOUNT PICTURES CORPORATION, SONY PICTURES ENTERTAINMENT INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS LLC, WARNER BROS. ENTERTAINMENT INC., and NATIONAL ASSOCIATION OF THEATRE OWNERS,<br><br>            Defendants. | Case No. 3:16-cv-00935-RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE [1] DEFENDANT NATIONAL ASSOCIATION OF THEATRE OWNERS' MOTION FOR ATTORNEYS' FEES, AND [2] HEARING DATE FOR MOTION FOR ATTORNEYS' FEES**<br><br>Judge:  Hon. Richard Seeborg |

In support of their joint stipulation regarding the briefing schedule and hearing on Defendant National Association of Theatre Owners ("NATO") motion for attorneys' fees, Plaintiff Timothy Forsyth and Defendant NATO, by and through their undersigned counsel of record, recite as follows:

A. Pursuant to the parties' November 22, 2016 stipulation (ECF No. 60), and the Court's November 28, 2016 order approving that stipulation (ECF No. 61), Defendants' motions for attorneys' fees were to be filed by December 15, 2016 - fourteen days from the date the Court entered judgement which judgment was entered on December 1, 2016 (ECF No. 65).

B. On December 15, 2016, Defendant NATO filed its notice of motion and motion for attorneys' fees (ECF No. 66). Defendants Motion Picture Association of America Inc., Walt Disney Studios Motion Pictures, Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLC, Warner Brothers Entertainment Inc., did not file a motion for attorneys' fees.

C. Pursuant to the stipulation of Plaintiff and Defendant NATO, the Plaintiff's response to Defendant NATO's motion for attorneys' fees is due to be filed on February 7, 2017, Defendant NATO's reply in support of the motion for attorneys' fees is due to be filed on February 16, 2017 and the hearing on the motion for attorneys' fees is scheduled for March 9, 2017 (ECF No. 73).

D. Counsel for Plaintiff and Defendant NATO have met and conferred by telephone and email regarding resolving the motion for attorneys' fees by agreement and are currently drafting a settlement agreement regarding the motion for attorneys' fees and, therefore, jointly request a four week extension of the briefing schedule and hearing date to allow the parties time to draft, execute and take the actions contemplated by the proposed settlement. Plaintiff and Defendant NATO have agreed that Plaintiff's response to Defendant NATO's motion for attorneys' fees shall be due March 7, 2017 and Defendant NATO's reply in support of the motion for attorneys' fees shall be due March 16, 2017. Upon reviewing the Court's calendar, the parties also agreed that March 23, 2017, was the most mutually convenient available hearing date.

NOW, THEREFORE, the parties hereby stipulate that, subject to the Court's approval:

1. Defendant NATO's motion for attorneys' fees will be heard on March 23, 2017 at 1:30

p.m. or such other time as the Court determines is convenient.

    2. Plaintiff's response in opposition to Defendant NATO's motion for attorneys' fees is due on or before March 7, 2017 and Defendant NATO's reply brief is due on or before March 16, 2017.

IT IS SO STIPULATED.

| DATED: February 6, 2017 | LAW OFFICES OF DAVID SCHACHMAN, P.C. |
|---|---|
| | By: */s/ David Schachman* <br> DAVID SCHACHMAN |
| | Attorneys for Plaintiff Timothy Forsyth |
| DATED: February 6, 2017 | BRYAN CAVE LLP |
| | By: */s/ K. Lee Marshall* <br> K. LEE MARSHALL |
| | Attorneys for Defendant National Association of Theatre Owners |

THE COURT FINDS GOOD CAUSE EXISTS FOR THE PARTIES' STIPULATION AND ON THAT BASIS THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED:  2/7/17

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION AND [PROPOSED] ORDER
Case No. 3:16-cv-00935-RS